## IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

| | |
|---|---|
| BRETT LORENZO FAVRE ) | |
| ) | Cause No. 37CI1:23-CV-00032-CM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PATRICK JUSTIN MCAFEE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:**  Hon. Martin Hankins  
Lamar County Circuit Clerk  
203 Main Street  
Purvis, MS 39475  

Michael J. Shemper  
MICHAEL J. SHEMPER, PLLC  
140 Mayfair Road, Suite 1200  
Hattiesburg, MS 39402  
michael@shemperlaw.com  

James Robert "Bob" Sullivan, Jr.  
SULLIVAN & SULLIVAN, PLLC  
424 Sawmill Road  
P. O. Box 45  
Laurel, MS 39441  
bob@sst-lawoffice.com  

Eric D. Herschmann  
210 Lavaca Street  
Austin, TX 78701  
EDHNotice@gmail.corn  

Daniel R. Benson  
Jennifer M. McDougall  
Daniel J. Koevary  
KASOWITZ BENSON TORRES LLP  
1633 Broadway  
New York, NY 10019  
DBenson@kasowitz.com  
JMcDougall@kasowitz.com  
DKoevary@kasowitz-com  

*Counsel for Plaintiff Brett Lorenzo Favre*

**EXHIBIT B**

**PLEASE TAKE NOTICE THAT** in the above-captioned action Defendant Patrick J. McAfee has this day filed a Notice of Removal, a copy of which is attached hereto as Exhibit A, in the office of the Clerk of the United States District Court for the Southern District of Mississippi, Eastern Division. You are also advised that pursuant to 28 U.S.C. § 1446(d), the Circuit Court of Lamar County, Mississippi, shall proceed no further in this action unless and until the action is remanded.

Dated: March 24, 2023　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alex Purvis*
　　　　　　　　　　　　　　　　　　　　　　　Alex Purvis (MSB 100673)
　　　　　　　　　　　　　　　　　　　　　　　Michael C. Williams (MSB 104537)
　　　　　　　　　　　　　　　　　　　　　　　James Stephen Fritz, Jr. (MSB 105936)
　　　　　　　　　　　　　　　　　　　　　　　**BRADLEY ARANT BOULT CUMMINGS LLP**
　　　　　　　　　　　　　　　　　　　　　　　One Jackson Place
　　　　　　　　　　　　　　　　　　　　　　　188 E Capitol Street, Ste 1000
　　　　　　　　　　　　　　　　　　　　　　　Jackson, MS 39201
　　　　　　　　　　　　　　　　　　　　　　　Phone: 601.948.8000
　　　　　　　　　　　　　　　　　　　　　　　Fax: 601.948.3000
　　　　　　　　　　　　　　　　　　　　　　　apurvis@bradley.com
　　　　　　　　　　　　　　　　　　　　　　　mcwilliams@bradley.com
　　　　　　　　　　　　　　　　　　　　　　　sfritz@bradley.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Patrick J. McAfee*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, I electronically filed the foregoing via the Court's MEC filing system and that I have served the same on all counsel of record via U.S. Mail and electronic mail to:

| | |
|---|---|
| Michael J. Shemper<br>MICHAEL J. SHEMPER, PLLC<br>140 Mayfair Road, Suite 1200<br>Hattiesburg, MS 39402<br>michael@shemperlaw.com | Eric D. Herschmann<br>210 Lavaca Street<br>Austin, TX 78701<br>EDHNotice@gmail.corn |
| James Robert "Bob" Sullivan, Jr.<br>SULLIVAN & SULLIVAN, PLLC<br>424 Sawmill Road<br>P. O. Box 45<br>Laurel, MS 39441<br>bob@sst-lawoffice.com | Daniel R. Benson<br>Jennifer M. McDougall<br>Daniel J. Koevary<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>DBenson@kasowitz.com<br>JMcDougall@kasowitz.com<br>DKoevary@kasowitz-com |

*Counsel for Plaintiff Brett Lorenzo Favre*

/s/ Alex Purvis