**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BRETT LORENZO FAVRE**                                                              **PLAINTIFF**

**v.**                                                                          **CIVIL ACTION NO. 2:23-cv-45-KS-MTP**

**PATRICK JUSTIN MCAFEE**                                                              **DEFENDANT**

## ORDER

On March 31, 2023, Defendant filed a Motion to Dismiss [10]. Plaintiff shall file a response on or before **April 14, 2023**. Fed. R. Civ. P. 6(a) (d); L.U.Civ.R. 7(b)(4). Defendant may file a reply on or before **April 21, 2023**. *Id.* If any party requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per motion, and the response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they must seek leave to do so and advise the Court whether it is opposed.

SO ORDERED AND ADJUDGED this 3rd day of April 2023.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE