# Exhibit A

# Filed Conventionally

CD containing excerpted segment of
The Pat McAfee Show's
November 30, 2022 broadcast

Available in full at https://www.youtube.com/watch?v=ArwPSlqi1oU