**Messages**

**Brett Farve**

7/24/2017 5:09:49 PM

Nancy thank you again!!! John mentioned 4 million and not sure if I heard him right. Very big deal and can't thank you enough 😊

Exhibit 3

**Exhibit G**