**Messages**

**Brett Farve**

8/3/2017 4:35:00 PM

If you were to pay me is there anyway the media can find out where it came from and how much?

8/3/2017 6:26:46 PM

> No, we never have had that information publicized. I understand you being uneasy about that though. Let's see what happens on Monday with the conversation with some of the folks at Southern. Maybe it will click with them. Hopefully.

8/3/2017 6:59:35 PM

Ok thanks

8/4/2017 1:20:31 PM

> Wow, just got off the phone with Phil Bryant! He is on board with us! We will get this done!

8/4/2017 1:21:05 PM

Awesome I needed to hear that for sure

Exhibit 7

**Exhibit H**