## Messages

**Brett Farve**

5/30/2019 5:12:48 AM

Nancy are you still confident you can cover the 1.8 and that number will probably be less as we get closer

* * *

5/30/2019 5:54:20 AM

Morning. In a meeting with John Davis now. He said we will cover much of it but may have to be in a couple of payments. We are on board!

Exhibit 17

Exhibit I