

OK. I got Chuck Davis in Laurel ready to come down and get on the Lockers. He is a cabinet builder and does all the work for Ben Napier on their T.V. HOME TOWN. Chuck can be reached at ███████ If someone will give him a call he will get on it and I will pay for the work. If you

**Exhibit J, Part 2**



# EXHIBIT 11

No SIM   11:34 AM   52%

Brett ›

BF

Jan 12, 2019, 10:11 AM

Home    About    Photos    Notes    Vid...

○ Love    ⬚ Comment    ⤳ Share

**Phil Bryant**
Yesterday at 3:39 PM · 🌐

Don't forget the Season 3 premiere of
Home Town, with Mississippians Ben and
Erin Napier, comes on Monday night at
8:00 p.m.

We are proud of them for showcasing our
great state on a nation scale.



○○ 114                    18 Comments 9 Shares

Please retweet. Ben

iMessage



EXHIBIT 12



No SIM

11:37 AM

51%

Brett

BF

Jul 16, 2019, 4:56 PM

I'm on way and I'm sure I won't have time are privacy enough to speak about this so I want you to know how much I love Nancy New and John Davis. What they have done for me and Southern Miss is

No SIM 🛜          11:37 AM          51% 🔋

∧          BF   Brett ∨

Southern Miss is amazing. Her family's first is incredible and she cares. We were planning to do workshops and youth clinics in the new Vball facility with her families first kids. And also I paid for 3/4 of Vball facility and the rest was a joint project with her and John which was sav-ing me 1.8 million. I

iMessage

No SIM 令   11:38 AM   @ 51%

Brett ›

John which was saving me 1.8 million. I was informed today that she may not be able to fund her part. I and we need your help very badly Governor and sorry to even bring this up.

Her ideas for instilling leadership, work-shops for career development and youth sports programs and



EXHIBIT 13

No SIM 🔊   12:15 PM   @ 35%

Nancy ›

NN

iMessage
Jul 16, 2019, 5:41 PM

Just left Brett Farve. Can we help him with his project. We should meet soon to see how I can make sure we keep your projects on course.

I would really appreciate having the opportunity to follow

iMessage




No SIM

12:15 PM

35%

Nancy

NN

portunity to follow through with all the good things we are working on, especially projects like Brett's and Tim Bennett's. I can make myself available when you have time. I would really appreciate a little of your time soon.

I can do 4pm on Thursday.



iMessage





EXHIBIT 14



EXIHBIT 15



No SIM

11:39 AM

50%

BF

Brett

Jul 18, 2019, 10:30 PM

Nancy said meeting went very well. Thanks again very much

Jul 19, 2019, 8:07 AM

Working with her. Lots of challenges but we will do our best

iMessage

EXHIBIT 16





No SIM

11:53 AM

42%

Chris >

CF

Lady are doing well.

All good here...I am sure there are plenty on Honey-Do things on your list . May give you a call later. 😆 Have a Agency Director position open at Dept. of Human Services that needs a compassionate leader. 😆

EXHIBIT 17



EXHIBIT 18

Case: 25CI1:22-cv-00286-EFP   Document #: 140-18   Filed: 09/23/2022   Page 2 of 23





No SIM   1:09 PM   15%

iMessage

Haven't hear from Nancy yet. We should connect this afternoon

Jul 22, 2019, 2:05 PM

FYI, auditor's findings from year long audit.

The Department of Human Services

Human Services (DHS) was the subject of several significant findings in the report. The report notes that DHS

• Did not certify whether multiple childcare centers met health and safety standards

• Did not monitor recipients of several



cipients of several grants to determine whether grant money was spent in accordance with the law

• Did not compile basic, required documents, like a comprehensive list of grant recipients

• Did not follow federal reporting guidelines, submitting some federal paper-



some federal paper-
work nearly two
years late

• Did not follow all le-
gal requirements for
ensuring beneficia-
ries of large pro-
grams like Supple-
mental Nutrition As-
sistance Program
(SNAP), Temporary
Assistance for Needy
Families (TANF), and
Child Care and De-



Families (TANF), and Child Care and Development Fund (CCDF) were actually eligible for the programs

• And did not or could not ensure childcare centers receiving CCDF funds accurately counted children in the centers.

Several of these DHS





said the program at usm is a health and fitness program. The contract is with usm to rent buildings to put on this program. Brett volunteers his time. Nancy is getting a one pager.

Not yet. We think dhs needs to respond.

They should and ex-plain why this was







I don't think so but the auditor's office said they couldn't say they were done with Nancy yet. They think the John Davis, dibiasi investigation

should move ahead since they are planning it to happen. Has Nancy heard any further from Auditor since Friday?







**STATE OF MISSISSIPPI**
Phil Bryant, Governor
**DEPARTMENT OF HUMAN SERVICES**
**John Davis**
**Executive Director**

June 6, 2019

<u>SINGLE AUDIT FINDINGS</u>

Shad White, State Auditor
Office of the State Auditor
State of Mississippi
P.O. Box 956
Jackson, Mississippi 39205-0956

Dear Mr. White:

Enclosed for your review is the agency's official response and correlating corrective action plans to the Single Audit Findings in the Single Audit Management Report as outlined in the Mississippi Department of Human Services (MDHS) audit performed for the State Fiscal Year 2018:

SINGLE AUDIT FINDINGS:

**ELIGIBILITY**
**Material Weakness**
**Material Noncompliance**

CFDA Number      93.558 - Temporary Assistance for Needy Families State Programs

<u>2018-045</u>      <u>**Controls Should Be Strengthened to Ensure Compliance with**</u>
<u>**Eligibility and Benefit Payment Requirements of the Temporary**</u>
<u>**Assistance for Needy Families (TANF) Program.**</u>

MDHS Response:      MDHS is in agreement that controls should be strengthened over compliance with eligibility and benefit payment requirements to the TANF Program.

Corrective Action Plan:

In order to strengthen compliance, the Division of Economic Assistance (EA) will conduct a ten percent (10%) review by supervisory employees of EA and by program specialists at approval (initial application and subsequent reapplications). Additionally, supervisory staff will review ten

Mississippi Department of Human Services
June 6, 2019
Page 2

percent (10%) TANF case actions at the time an action is taken. Said efforts are to ensure documentary files are accurate and complete. In order to correct any discrepancies within current cases, a ten percent (10%) review of all open TANF and Transitional Service cases will be conducted. As a result of said review, any funds that are deemed to be an overpayment will be recovered in accordance with existing policy and procedures.

Training will also be conducted to ensure all employees of EA have an in-depth understanding of policy contained within Volume III and resulting procedures. The name of the contact person who is responsible for this corrective action plan is David Barton, Inspector General. The anticipated completion date for the corrective action plan is December 1, 2019.

**CFDA Number**

10.551 - Supplemental Nutrition Assistance Program
93.558 - Temporary Assistance for Needy Families State Programs
93.667 - Social Services Block Grant
93.575 - Child Care and Development Block Grant
93.596 - Child Care Mandatory and Matching Funds of the Child Care and Development Fund
93.568 - Low Income Home Energy Assistance Program

## SUBRECIPIENT MONITORING

**Material Weakness**
**Material Noncompliance**

**2018-046**

<u>**Controls Should Be Strengthened over On-Site Monitoring for the Supplemental Nutrition Assistance Program (SNAP), Temporary Assistance for Needy Families (TANF), Child Care and Development Block Grant (CCDF), Low Income Home Energy Assistance Program (LIHEAP), and Social Services Block Grant (SSBG) Programs**</u>

**MDHS Response:**   MDHS is in agreement that controls should be strengthened over on-site monitoring for SNAP, TANF, CCDF, LIHEAP, and SSBG programs.

**Corrective Action Plan:**

MDHS will train all employees in the Monitoring unit of Program Integrity Division in regards to the new implemented tracking system and the importance of timely uploading of all required documents on both the common drive and Smartsheets. Monitors are also submitting weekly itineraries to ensure that all required documents from the onsite monitoring visits are uploaded and reviewed within two (2) weeks following the visit.

Mississippi Department of Human Services
June 6, 2019
Page 3

**SUBRECIPIENT MONITORING**
**Material Weakness**
**Material Noncompliance**

CFDA Number
10.551 – Supplemental Nutrition Assistance Program
93.558 – Temporary Assistance for Needy Families State Programs
93.667 – Social Services Block Grant
93.575 – Child Care and Development Block Grant
93.596 – Child Care Mandatory and Matching Funds of the Child Care and Development Fund
93.568 – Low Income Home Energy Assistance Program

**2018-047**

**Controls Should Be Strengthened over Sub Recipient Monitoring of OMB Uniform Guidance Audits for the Supplemental Nutrition Assistance Program (SNAP), Child Care and Development Block Grant (CCDF), Temporary Assistance for Needy Families (TANF), Social Services Block Grant (SSBG) and Low Income Home Energy Assistance (LIHEAP) Programs.**

MDHS Response:    MDHS is in agreement that controls should be strengthened over Sub Recipient monitoring of OMB Uniform Guidance Audits for SNAP, CCDF, TANF, SSBG, and LIHEAP Programs.

Corrective Action Plan:

MDHS will train all employees in the Monitoring unit of Program Integrity Division in regards to the new implemented tracking system and the importance of timely uploading of all required documents on both the common drive and Smartsheets. Monitors are also submitting weekly itineraries to ensure that all required documents from the onsite monitoring visits are uploaded and reviewed within two (2) weeks following the visit. To do such monitors are utilizing Smartsheets, in which will also continue to aide notifying employees when responses and reports are due. Furthermore, said will be memorialized because the Monitoring unit will also develop a monitoring procedure manual to include processes, procedures, and documentation requirements. This manual will outline the process to document the review, prepare findings, and communicate to sub recipients. The name of the contact person who is responsible for this recipients. The name of the contact person who is responsible for this corrective action plan is David Barton, Inspector General. This corrective action plan shall be implemented by August 1, 2019.

To do such monitors are utilizing Smartsheets, in which will also continue to aide notifying employees when responses and reports are due. Furthermore, said will be memorialized because the Monitoring unit will also develop a monitoring procedure manual to include processes, procedures, and documentation requirements. This manual will outline the process to document the review, prepare findings, and communicate to sub

Mississippi Department of Human Services
June 6, 2019
Page 4

corrective action plan is David Barton, Inspector General. This corrective action plan shall be implemented by August 1, 2019.

## ELIGIBILITY
### Significant Deficiency
### Immaterial Noncompliance

CFDA Number

93.575 – Child Care and Development Block Grant
93.596 – Child Care Mandatory and Matching Funds of the Child Care and Development Fund

### 2018-048    Controls Should Be Strengthened to Ensure Compliance with Eligibility and Benefit Payment Requirements of the Child Care and Development Block Grant (CCDF) Cluster.

MDHS Response:

MDHS agrees that controls should be strengthened to ensure compliance with eligibility and benefit payment requirements of the CCDF Cluster.

Corrective Action Plan:

The Division of Early Childhood Care and Development (DECCD) has modified several business practices to decrease the errors and avoid improper payments. DECCD implemented a new document upload function that allows submitted documents from applicants to be uploaded directly to the applicant's application every fifteen (15) minutes. This new process has already been implemented and affords the eligibility employee to be able to process the application with all required documents in an efficient manner. Additionally, over the course of the year DECCD has administered extensive trainings for all DECCD eligibility employees. The trainings included reviewing the co-payment chart, eligibility requirements for parents and processing applications based on documents received. Moreover, an eligibility checklist and a desk guide was developed as an internal control for staff to use as a guide when approving a parent application.

Furthermore, the Quality Control Department (QC) of the Office of the Inspector General, a separate and distinct department from DECCD, has hired four (4) full time QC reviewers. Their job responsibilities are solely dedicated to DECCD reviews, in which resulted in improved internal quality control. Said employees pull, and will continue to pull, sample cases on a monthly basis to review the eligibility and proper payment of each case in the sample. DECCD has also began corrective action trainings to DECCD employees on common identified errors by quality control and on any modification to the state and federal regulations. The name of the contact person who is responsible for this corrective action plan is David Barton, Inspector General. Note this corrective action plan was implemented on or about October 1, 2018.

## ALLOWABLE COST/COST PRINCIPLES
### Significant Deficiency

Mississippi Department of Human Services
June 6, 2019
Page 5

## Immaterial Noncompliance

**CFDA Number**

93.575 Child Care and Development Block Grant
93.596 Child Care Mandatory and Matching Funds of the Child Care and Development Fund

**2018-049**

**Controls should Be Strengthened to Ensure Compliance with Allowable Cost Requirements of the Child Care and Development Block Grant (CCDF) Cluster.**

**MDHS Response:**     MDHS is in agreement that controls should be strengthened to ensure compliance with allowable cost requirements of the Child Care and Development Block Grant (CCDF) Cluster.

**Corrective Action Plan:**

MDHS met with Information Technology Services (ITS) to modify existing business rules in Child Care Payment System (CCPS). The rule amendments were to include that it will be presumed that children age six (6) or older receives a part-time certificate on school days, unless the parent submits proof that the parent works or is in school non-traditional hours, and that the provider of choice offers care in non-traditional hours as prescribed by the parents work requirements. Additionally, a business rule will be added to make it impossible for CCPS to issue more than one (1) certificate per child.

Furthermore, the Quality Control Department (QC) of the Office of the Inspector General, a separate and distinct department from DECCD, has hired four (4) full time QC reviewers. Their job responsibilities are solely dedicated to DECCD reviews, in which resulted in improved internal quality control. Said employees pull, and will continue to pull, sample cases on a monthly basis to review the eligibility and proper payment of each case in the sample. DECCD has also begun corrective action trainings to DECCD staff on common identified errors by quality control and on any modification to the state and federal regulations. The name of the contact person who is responsible for this corrective action plan is David Barton, Inspector General. Note this corrective action plan was implemented on or about October 1, 2018.

## REPORTING
## Significant Deficiency

**CFDA Number**

10.551 – Supplemental Nutrition Assistance Program
93.558 – Temporary Assistance for Needy Families State Programs
93.575 – Child Care and Development Block Grant
93.596 – Child Care Mandatory and Matching Funds of the Child Care and Development Fund

**2018-050**

**Controls Should Be Strengthened over the Submission of Required Federal Reports for the Child Care and Development Block Grant**

Mississippi Department of Human Services
June 6, 2019
Page 6

## (CCDF, Supplemental Nutrition Assistance Program (SNAP), and Temporary Assistance for Needy Families (TANF) Programs.

MDHS Response:    MDHS is in agreement that controls should be strengthened over the submissions of required federal reports for CCDF, SNAP, and TANF Programs.

Corrective Action Plan:

The Division of Budgets and Accounting (B&A) implemented procedures to address the concerns of the report review processes and the submission of said reports in July of 2018. Thus, the six (6) instances identified as late submissions, were anomalies as the policies and procedures have been implemented and trained on with all employees within B&A. Moreover, the employees of B&A are aware and compliant with the policies and procedures cited in this finding. Specifically, four (4) of the instances cited were the direct result of technical system failures and two (2) were related to the absence of key personnel due to unforeseeable family emergencies. Therefore, the six (6) untimely instances were caused by circumstances beyond the employee's control. However, with that stated the B&A Director will reiterate to employees that all reports are to be returned to the supervisor if there is no final signature for approval and will be reminded that all reports must be submitted into the grant status database in a timely manner. The name of the contact person who is responsible for this corrective action plan is David Barton, Inspector General. Note this corrective action plan was implemented on or about July 1, 2018.

## EARMARKING
## Significant Deficiency
## Immaterial Noncompliance

CFDA Number    93.575 - Child Care and Development Block Grant
93.596 - Child Care Mandatory and Matching Funds of the Child Care and Development Fund

**2018-051    Controls Should Be Strengthened to Ensure Compliance with Earmarking and Minimum Targeted Funds Requirements.**

MDHS Response:    MDHS is in agreement that controls should be strengthened to ensure compliance with earmarking and minimum targeted funds requirements.

Corrective Action Plan:

MDHS requested and was granted approval from Administration of Children and Families (ACF) to revise the Federal Fiscal Year 2019 CCDF 696 report for quarter ending 9/30/2017. The report was revised to adjust expenses from other qualified quality activities to meet the required targeted earmarks. This process was completed and the report resubmitted to ACF on June 5, 2019. Documentation can be provided upon request. The name of the contact person who is responsible for this corrective action plan is David Barton, Inspector General.

Mississippi Department of Human Services
June 6, 2019
Page 7

**SPECIAL TESTS**
**Material Weakness**
**Martial Noncompliance**

CFDA Number      93.575 - Child Care and Development Block Grant
                 93.596 – Child Care Mandatory and Matching Funds of the Child Care and
                 Development Fund

**2018-052**     **Controls Should Be strengthened over Compliance with Health and
                 Safety Requirements of the Child Care and Development Fund (CCDF)
                 Cluster.**

MDHS Response:   MDHS is in agreement that controls should be strengthened over
                 compliance with health and safety requirements of the Child Care and
                 Development Fund (CCDF) Cluster.

Corrective Action Plan:
                 DECCD entered into an agreement with Mississippi Department of Health
                 to restructure the unlicensed child care providers, who are now called family
                 child care providers. Said group of providers are required to comply with
                 the following requirements with the Mississippi Department of Health: 1.)
                 attend health and safety training, 2.) comply with criminal background
                 checks for all eligible adults in the home, 3.) register as a family child care
                 provider, and 4.) agree to be monitored by the Mississippi Department of
                 Health. All has to be completed for the family child care provider to
                 continue to be a CCDF provider.
                 The Mississippi Department of Health began inspections for monitoring
                 compliance. The name of the contact person who is responsible for this
                 compliance. The name of the contact person who is responsible for this
                 corrective action plan is David Barton, Inspector General. This corrective
                 action plan expects to be completed by June 30, 2019.

**EARMARKING**
**Significant Deficiency**
**Immaterial Noncompliance**

CFDA Number      93.558 Temporary assistance for Needy Families State Programs
**2018-053**     **Controls Should Be Strengthened over 20 Percent Exemption and Five
                 Year Time Limit.**

MDHS Response:   MDHS agrees controls should be strengthened over the 20 Percent
                 Exemption and Five (5) Year Time Limit.

Corrective Action Plan:
                 MDHS EA division will conduct refresher training to ensure all employees
                 have an in-depth understanding of policy contained within Volume III and
                 resulting procedures.
                 The county and regional employees of MDHS will continue monitoring the
                 20 Percent Exemption Report and the report for the five (5) Year Time Limit

Mississippi Department of Human Services
June 6, 2019
Page 8

(MDHS-EA-313 and MDHS-EA-313A) and submitting verification of the review monthly. In order to strengthen compliance, an individual at the MDHS State Office has been designated to monitor and ensure compliance each month with the 20 Percent Exemption and the five (5) Year Time Limit in a separate review. Any discrepancies identified will be sent through the Field Operations Director of EA to ensure appropriate case action has been taken to terminate benefits or grant permissible exemptions. The name of the contact person who is responsible for this corrective action plan is David Barton, Inspector General. The anticipated completion date for the corrective action plan is July 1, 2019.

We appreciate the courtesy and professionalism demonstrated by Jeremy Ashley and his field staff throughout the audit. Should you have any questions regarding our responses or corrective action plan, please do not hesitate to contact David Barton, Inspector General, at 601-359-4551.

Respectfully,

John Davis, Executive Director

JD:DB

pc:     Jacob Black
        David Barton
        Christopher Rand



**STATE OF MISSISSIPPI**
Phil Bryant, Governor
**DEPARTMENT OF HUMAN SERVICES**
**John Davis**
Executive Director

**OTHER AUDIT FINDINGS**

June 6, 2019

Shad White, State Auditor
Office of the State Auditor
State of Mississippi
P.O. Box 956
Jackson, MS 39205-0956

Dear Mr. White:

Enclosed for your review is the agency's official responses and corrective action plans to the Other Audit Findings in the Single Audit Management Report as outlined in the Mississippi Department of Human Services (MDHS) audit performed for the State Fiscal Year 2018:

OTHER AUDIT FINDINGS:

**ELIGIBILITY**
**Control Deficiency**

CFDA Number          93.558 – Temporary Assistance for Needy Families State Programs

**OTH – 18-04        Controls Should Be Strengthened over Segregation of Duties and Granting Access to MAVERICS.**

MDHS Response:       MDHS is in agreement that it should strengthen its' policies and procedures to ensure that personnel not authorized to approve and/or certify a payment will not have access to do such.

Corrective Action Plan:

The MDHS Division of Management Information Systems (MIS) has partnered with the Division of Human Resources to implement an annual attestation of the MDHS Enterprise Security Policy (ESP). Moreover, the MDHS MIS Security Administration team performs a self-audit of 'User Access Controls' on an annual basis. Please note that MDHS users cannot access any of the systems that MDHS utilizes, including MAVERICS, without first authenticating to active directory. The active directory database is kept current with only active users, as employees

Mississippi Department of Human Services
June 6, 2019
Page 2

that are separated from the agency are removed in a timely manner. The MDHS MIS Security Administration team will ensure that all employees separated from the agency will have said access to MAVERICS, and all other MDHS systems, terminated within thirty (30) days of separation, or sooner if possible. Additionally, the Security Administration team monitors MAVERICS user IDs to ensure that if a user has been inactive for ninety (90) days or longer, said login is disabled. The name of the contact person who is responsible for this corrective action plan is David Barton, Inspector General. The anticipated completion date of this corrective action plan is October 1, 2019.

We appreciate the courtesy and professionalism demonstrated by Jeremy Ashley and his field staff throughout the audit. Should you have any questions regarding our responses or corrective action plan, please do not hesitate to contact David Barton, Inspector General, at 601-359-4551.

Respectfully,

John Davis
Executive Director

JD:DB

pc:   Jacob Black
      David Barton
      Christopher Rand

200 S Lamar St, Post Office Box 352 ● Jackson, Mississippi 39205 ● Telephone (601)359-4500 ● www.mdhs.ms.gov

EXHIBIT 19



Governor this Friday Deion Sanders and his son are coming

Jul 22, 2019, 8:15 AM

No SIM

11:39 AM

50%

Brett ›

BF

his son are coming for a recruiting visit. He is a QB and could be best in country. I already with Nancy started talking about a indoor facility but I think we have got to get one to stay up with everyone else. But it won't happen anytime soon if you and Nancy can't help. I would like to tell him

iMessage



No SIM

11:39 AM

49%

BF

Brett >

First. Hope we get re-gal clearance soon. Don't want to get anyone in trouble for improper expendi-tures. Should know soon. Yep.. Rick or Terry haven't been invited to come to any event so far. I have asked the AD and President to do so but nothing has happened.

iMessage



No SIM   11:40 AM   49%

Brett

BF

What's your gut tell
you will happen? I
have to come up with
a lot of money if this
doesn't get clearance

It's the State Auditor
that will give the ap-
proval. Has to have
legal authority. I will
check today..

Governor I know you
are doing all possible

iMessage

No SIM

11:40 AM

49%

Brett

BF

are doing all possible and I appreciate your help tremendously  if I need to do anything to help make this all work please let me know.

Your welcome

Will do.. we are checking today. Thanks for caring.



EXHIBIT 20







# EXHIBIT 21





No SIM

11:41 AM

49%

BF

Brett

but Friday I picked up Deion Sanders and his son who is going to be a junior in high school and plays QB. He has at least 30 offers thus far including us. Deion and I have been great friends since 91' and have great respect for each other. We have a great opportunity to get this kid but with 2

iMessage

No SIM

11:41 AM

49%

Brett

BF

get this kid but with 2
years remaining be-
fore he can sign we
have many hurdles to
jump and much op-
position especially in
the resource depart-
ment. As I suspected
Deion's son asked
where the indoor fa-
cility was and I said
we don't have one
but are hoping to
break ground in less

iMessage

No SIM   11:41 AM   48%

Brett >

BF

break ground in less than 2 years. Now that will not happen without your help/commitment!!! I know we have the Vball to complete first and I'm asking a lot with that and I believe 100% that if you can get this done Nancy will reach and help many and in the recruiting war will give USM in-

iMessage



Brett >

No SIM

11:41 AM

48%

war will give USM in-
stant credibility and
become relevant
again.

Nancy has some lim-
ited control over Fed-
eral Funds in the form
of Grants for Children
and adults in the Low
Income Community.
Use of these funds
are tightly controlled.
Any improper use

iMessage





No SIM

11:41 AM

48%

Brett

BF

could result in viola-
tion of Federal Law.
Auditors are currently
reviewing the use of
these funds by Fami-
lies First. As soon as
the Audit is complete
we will know if the
project at USM is a
proper expenditure.
Neither I nor Nancy
can make this deci-
sion. She must have
approval from DHS

No SIM

11:41 AM

48%

Brett

BF

approval from DHS and the State Auditor. As soon as we get approval we can move forward. Without that approval any expenditure could be illegal and Nancy and USM could be made to repay the Federal Government any and all funds spent. That's why we are waiting

iMessage



EXHIBIT 22







No SIM

11:42 AM

48%

BF

Brett

Aug 2, 2019, 9:14 AM

Nancy just told me you are getting her and the new Director together ASAP. Thanks as always

Thank you

Will make it happen 👉

# EXHIBIT 23



EXHIBIT 24

Case: 25CI1:22-cv-00286-EFP    Document #: 140-24    Filed: 09/23/2022    Page 2 of 5





To:         Governor Phil Bryant

From:       Dr. Nancy New, Mississippi Community Education Center

            **Brett Favre**

Re:         **The Dewey Phillip Bryant Center for Excellence at the University of Southern**
            **Mississippi** (The proposed name was intended to be a surprise honor to the
            **Governor. Due to the urgency in getting this secured, we felt it appropriate**
            **to share.)**

**Project Name: The Dewey Phillip Bryant Center for Excellence at the University of**
**Southern Mississippi focusing on Obesity, Bullying Prevention and Personal Development**

**Project Summary**

The **Mississippi Community Education Center** ("**MCEC**"), the **Mississippi**
**Department of Human Services** ("**MDHS**"), the **University of Southern Mississippi Athletic**
**Foundation** ("**USM**") and **Brett Favre**, Mississippi native and member of the National Football
League Hall of Fame, by and through the Families First for Mississippi services, have engaged in
a collaborative partnership aimed at providing evidence-based and research-based resources and
initiatives to individuals, families and communities throughout Mississippi. Specifically, the
partnership provides support and resources for individuals and families through provision of
healthy living and nutrition (with a primary focus on childhood obesity and family nutrition),
healthy choices; as well as, bullying awareness and prevention education. Additionally,
resources and support are provided in areas of leadership development, job readiness training,
personal and financial stability and a variety of other skills-based resources and trainings.

**Programs & Initiatives**

This initiative provides numerous programs and resources which enable a wide network
of support designed to impact and stabilize the whole family. These programs include, but are
not limited to, the following:

1. Healthy living and nutrition with a primary focus on obesity.
2. Impacts and effects of bullying awareness and prevention.
3. Positive youth development.
4. Soft skills, job readiness and workforce training.
5. Personal financial literacy.
6. Personal wellness, fitness and nutrition.
7. Leadership development training.

**Who will benefit?**

This collaboration has an immediate positive impact on individuals and families
throughout Mississippi. There is a direct positive impact for the University of Southern
Mississippi and surrounding areas. The Dewey Phillip Bryant Center for Excellence will serve as
a model program that could easily be expanded to each of the Institutions of Higher Education
and Community College campuses, thereby facilitating accessibility of these resources, programs
and supports in communities statewide.

**Project Needs & Logistics**

It is estimated that **$1.5 to $2.0 million ($1,500,000.00-$2,000,000.00)** is needed to
adequately fund this project. These funds will be deposited in and maintained by the **University**

of Southern Mississippi Athletic Foundation and designated specifically for the Dewey Phillip Bryant Center of Excellence at the University of Southern Mississippi. This commitment will help to ensure that this isn't just a project or program, rather it is a sustainable process that provides a perpetual direct and meaningful impact on youth and families for many years to come.

MCEC has over thirty (30) years of experience in providing services and resources, not only in Mississippi, but across the United States and in other countries. Brett Favre has a vast professional and personal network which provides resources and expertise from individuals with varied backgrounds and experiences. Together, this team of professionals will continue to implement and provide programs and resources which will have a profound and direct long-lasting impact.

## Conclusion

This collaboration will provide a long-lasting repository for resources and professional support for the people of Mississippi. MCEC will provide resources and support in areas in which the organization has cultivated expertise for over three decades. Brett Favre has committed to relying on his vast network of friends and fellow professionals in providing training and education across a broad spectrum of areas. The requested funding will allow this partnership to conduct trainings and forge additional partnerships in a wide variety of educational and professional areas. Most importantly, said funding will provide a mechanism to continue and expand these meaningful and much needed resources to move Mississippi positively in obesity, bullying related suicides, and bridging the soft-skills gap. The Dewey Phillip Bryant Center for Excellence on the campus of University of Southern Mississippi will serve as a model program in the country and a catalyst for sustainable, systemic change.

# EXHIBIT 25





No SIM

11:46 AM

45%

BF

Brett

Nancy planned for bricks and mortar? Her application is not very clear what the money will be used for?

Let me check Governor

No brick and mortar. We can use funds for

iMessage

No SIM   11:47 AM   45%

Brett

BF

that. But we can pay for Lease expenses, curriculum for several programs that will be taught there on youth development pro-grams and activities, health, nutrition classes, Obesity pre-vention programs. We will need staffing part time and a cou-ple full time possibly. Much more but this will help

No SIM

11:47 AM

45%

Brett

...classes, obesity pre-
vention programs.
We will need staffing
part time and a cou-
ple full time possibly.
Much more but this
will help.

She said we can't use
for brick and mortar.

He said something
about project man-
agers. We will need
those, too. this all

iMessage

No SIM

11:47 AM

45%

Brett >

BF

those, too. this all about teaching, education, obesity prevention, exercise, etc. and we can pay a lease or facilities' use.

Program monies, facilities fees, education, entrepreneurship Every penny spent will be used wisely and account-






iMessage

No SIM

11:47 AM

@ 45%

Brett >

BF

wisely and account-
able.

Also from Nancy

Aug 8, 2019, 4:17 PM

Thanks

Aug 14, 2019, 9:20 AM

I think your out the
country but I'm just
staying on your radar.
Now that the facility

iMessage

No SIM

11:47 AM



45%

Brett

BF

Now that the facility is almost done I expect to start payment. I know your on it and Thanks

In Ghana, Africa today. Be back on Saturday. Nancy has to provide the proper documentation to MDHS. It's all up to her get the paperwork in and then I can

iMessage



No SIM · 11:47 AM · 45%

Brett

Aug 14, 2019, 10:26 AM

Nancy said she would re-send. But she said the new director has seen and looked it over. If you are saying she needs to reword and resubmit I'll tell her

Ok

work in and then I can help.

iMessage

No SIM   11:48 AM   45%

Brett  BF

mit I'll tell her.

I would do that if I were her.

Ok. I'll tell her. Any other advice is welcomed since want to get this accomplished. Thanks Governor

She said she would redo but sure would like some insight for

iMessage



EXHIBIT 26



No SIM     12:29 PM     32%

Brett
BF

Aug 16, 2019, 9:13 AM

Nancy has reached
out to a few folks for
some intel but they
haven't returned her
calls so she is re-
wording/redesigning
the proposal to sub-
mit this morning.
Again Gov any advice
I can pass on would



No SIM · 12:29 PM · 31%

Brett

I can pass on would help

That's all I know to tell her. Hopefully she can put more details in the proposal. Like how many times the facility will be used and how many child will be served and for what specific purpose.



No SIM

11:49 AM

44%



Brett

Favre Project...

Her latest

Looks much better

Ok do you think it's sufficient enough?

We will see soon. I would have listed the number of people proposed to be reached by the pro-

iMessage



Brett

reached by the program and the number of employees necessary to achieve these goals. Taking off from Ghana so may be my last message for a while.

Ok I'll pass to her thanks

EXHIBIT 27



Proposal to Mississippi Department of Human Services

for

**The Center for Excellence in Healthy Living**

**at**

**The University of Southern Mississippi**

This concept paper proposes implementation of components designed to support individuals and families through the Center for Excellence in Healthy Living focusing on obesity, bullying prevention, and personal development through research and evidence-based programming focused on healthy living and nutrition (childhood obesity and family nutrition), healthy choices, bullying prevention and awareness, leadership development, job readiness training, and personal and financial stability. It is our desire to name the center, The Dewey Phillip Bryant Center for Excellence in Healthy Living, in honor Governor Phil Bryant's steadfast dedication to health and wellness.

**Project Summary**

The Mississippi Community Education Center (MCEC), the University of Southern Mississippi (USM) and Brett Favre, Mississippi Native and member of the National Football Hall of Fame, are collaborating on the establishment of the Center for Excellence in Healthy Living focusing on the healthy living and nutrition, healthy choices, leadership development, job readiness training, and family stabilization. This collaboration will have an immediate and positive impact on individuals and families throughout Mississippi as well as a direct impact for the University of Southern Mississippi and surrounding communities. The Center for Excellence in Healthy Living will serve as model that can easily be replicated and expanded to each of the Institutions of Higher Education and Community College campuses, thereby facilitating greater accessibility of these resources, program and supports.

Based on the success of similar Centers for Excellence in Healthy Living, this project will afford unique opportunities for collaboration amongst community-stakeholders, community-based organizations, aging service providers, health care systems, governmental agencies, and healthcare payors, all with

impact the health profiles of the whole family.

➢ Nutritionists and Graduate Assistants will administer a comprehensive nutrition education and services program.

## 2. Development of a Bully Awareness and Prevention Center

➢ Develop a parent awareness seminar offered in communities to help parents increase awareness, respond and combat bullying

➢ Provide school districts and schools with resources to combat bullying (on-campus and off)

➢ Create a statewide youth engagement initiative that serves as a grass-roots bullying prevention effort

## 3. Development of a Comprehensive Leadership Academy

➢ The mission of the program will be to develop youth and adults as community leaders, to prepare them for jobs/careers and to positively impact local communities (youth and families) through strategic engagement, service and programming.

➢ Administer a comprehensive leadership training program.

➢ Necessary budget support to fund development, launch and operation of program.

## 4. Development of a Comprehensive Life Skills engagement program

➢ The mission of the program will be to enhance the job/career and civic engagement/service futures of participants through programming that enables participants to positively impact local communities (youth and families) in a very intentional and strategic way.

➢ Youth Development Programs and Initiatives

➢ Soft Skills Development

➢ Job Readiness – resume writing, cover letters, interview skills, and job coaching

## 5. Provide education in Personal and Financial Literacy

➢ Graduate Assistants will administer a personal and

and professional areas. Most importantly, said funding will provide a mechanism to continue and expand these meaningful and much needed resources to move Mississippi positively in obesity, bullying related suicides, and bridging the soft-skills gap.

This program will require financial support from Mississippi Department of Human Services between 1.5 and 2 million dollars. These funds will be deposited in and maintained by the **University of Southern Mississippi Athletic Foundation** and designated specifically for the Brett Favre Center of Excellence at the University of Southern Mississippi. This commitment will help to ensure that this isn't just a project or program, rather it is a sustainable process that provides a perpetual direct and meaningful impact on youth and families for many years to come.

EXHIBIT 28





Proposal to Mississippi Department of Human Services

for

**The Center for Excellence in Healthy Living**

at

**The University of Southern Mississippi**

This concept paper proposes implementation of components designed to support individuals and families through the Center for Excellence in Healthy Living focusing on obesity, bullying prevention, and personal development through research and evidence-based programming focused on healthy living and nutrition (childhood obesity and family nutrition), healthy choices, bullying prevention and awareness, leadership development, job readiness training, and personal and financial stability. It is our desire to name the center, The Dewey Phillip Bryant Center for Excellence in Healthy Living, in honor of Governor Phil Bryant's steadfast dedication to health and wellness.

## Project Summary

The Mississippi Community Education Center (MCEC), the University of Southern Mississippi (USM) and Brett Favre, Mississippi Native and member of the National Football Hall of Fame, are collaborating on the establishment of the Center for Excellence in Healthy Living focusing on the healthy living and nutrition, healthy choices, leadership development, job readiness training, and family stabilization. This collaboration will have an immediate and positive impact on individuals and families throughout Mississippi as well as a direct impact for the University of Southern Mississippi and surrounding communities. The Center for Excellence in Healthy Living will serve as model that can easily be replicated and expanded to each of the Institutions of Higher Education and Community College campuses, thereby facilitating greater accessibility of these resources, program and supports.

Based on the success of similar Centers for Excellence in Healthy Living, this project will afford unique opportunities for collaboration amongst community-stakeholders, community-based organizations, aging service providers, health care systems, governmental agencies, and healthcare payors, all with

impact the health profiles of the whole family.

➢ Nutritionists and Graduate Assistants will administer a comprehensive nutrition education and services program.

## 2. Development of a Bully Awareness and Prevention Center

➢ Develop a parent awareness seminar offered in communities to help parents increase awareness, respond and combat bullying

➢ Provide school districts and schools with resources to combat bullying (on-campus and off)

➢ Create a statewide youth engagement initiative that serves as a grass-roots bullying prevention effort

## 3. Development of a Comprehensive Leadership Academy

➢ The mission of the program will be to develop youth and adults as community leaders, to prepare them for jobs/careers and to positively impact local communities (youth and families) through strategic engagement, service and programming.

➢ Administer a comprehensive leadership training program.

➢ Necessary budget support to fund development, launch and operation of program.

## 4. Development of a Comprehensive Life Skills engagement program

➢ The mission of the program will be to enhance the job/career and civic engagement/service futures of participants through programming that enables participants to positively impact local communities (youth and families) in a very intentional and strategic way.

➢ Youth Development Programs and Initiatives

➢ Soft Skills Development

➢ Job Readiness – resume writing, cover letters, interview skills, and job coaching

## 5. Provide education in Personal and Financial Literacy

➢ Graduate Assistants will administer a personal and

forge additional partnerships in a wide variety of educational and professional areas. Most importantly, said funding will provide a mechanism to continue and expand these meaningful and much needed resources to move Mississippi positively in obesity, bullying related suicides, and bridging the soft-skills gap.

Services will be on-going throughout the grant period. Target populations will include K-12 schools, Community College campuses, University of Southern Mississippi, William Carey University initially. Businesses and community organizations will also be recruited for participation. Over a 12-month period, it is projected that program will serve between 5,000 to 7,000 participants utilizing evidence-based curricula with assessments bring conducted pre and post. Any additional information collected (BMI, net loss, etc.) will be input into a data base system for tracking and accountability.

This program will require financial support from Mississippi Department of Human Services between 1.8 and 2 million dollars. These funds will be deposited in and maintained by the **University of Southern Mississippi Athletic Foundation** and designated specifically for the Dewey Phillip Bryant Center of Excellence at the University of Southern Mississippi. This commitment will help to ensure that this isn't just a project or program, rather it is a sustainable process that provides a perpetual direct and meaningful impact on youth and families for many years to come. Upon request MCEC will provide a more detailed budget or provide additional detail.

EXHIBIT 29

No SIM   11:54 AM   41%

Chris



Aug 21, 2019, 11:36 AM

Brett Farve is blowing me up over that pro-posal Nancy New submitted for the Center at Southern Miss. I have told him it would be reviewed just like all other pro-posed projects. Brett needs more to do in his life just now...



No SIM

11:54 AM

41%

Chris ›

needs more to do in his life just now . I really do think he be- lieves in the project. 👇

Aug 21, 2019, 2:24 PM

Yes, Nancy is blowing me up, too. Unless there is additional in- formation you would like MDHS to consid- er, I'm not inclined to approve at this time. I don't think now is the

iMessage

No SIM   11:55 AM   40%

Chris



don't think now is the time to give them $2 million. We have re-viewed and think there might be other ways to accomplish their goals than by creating a center at USM. Brett could be a part of those if he wanted. If you would like to talk so I can further explain, I would be happy to

iMessage

No SIM   11:55 AM   40%

Chris



would be happy to call at your convenience, sir.

Aug 21, 2019, 4:06 PM

As always I am not going to interfere. You got a better understanding than I do of these projects. I think Brett was told it was going to get done by the previous Director. One of the



EXHIBIT 30







# EXHIBIT 31



Aug 24, 2019, 10:32 AM

Governor the indoor volleyball facility could be completed any day now and I'm sure the university will be calling for the remaining 1,048,000. I can try to buy some time. Your our starting QB and we can only go as far as you take us.

No SIM    12:35 PM   27% 

BF

Brett

sure the university will be calling for the remaining 1,048,000. I can try to buy some time. Your our starting QB and we can only go as far as you take us.

I got called into this game late. Headed to Taiwan today at 4:30. Let's get a meeting with Director Freeze

iMessage



Brett

I got called into this game late. Headed to Taiwan today at 4:30. Let's get a meeting with Director Freeze as soon as I return. Not sure who made the deal for a million dollars. Nancy needs to work with Bethany to arrange a meeting.

Not to put pressure on you but if anyone



EXHIBIT 32



Sep 4, 2019, 5:37 PM

Thank you for having us. We obviously need your help big time and time is working against us. And we feel that your name is the perfect choice for this facility and we are not taking No for an answer! You are a Southern Miss Alumni, and



◂ Search 🔊   11:10 AM   66%

BF   Brett ›

...folks need to know you are also a sup-porter of the Univer-sity.

We are going to get there. This was a great meeting. But we have to follow the law. I am to old for Federal Prison.

So you think we will get It at least?



Search

Brett

BF

11:10 AM

66%

get it at least?

Sep 4, 2019, 7:21 PM

I hope so...it's a about Nancy and her play book...

You tell me what I should relay to her and I'll do it

We will see. It's not going to happen till November.

iMessage





Search

11:10 AM

65%

Brett

BF

know you said noth-
ing will be done be-
fore thanksgiving and
I understand, but the
completion of the fa-
cility is any day now
and then I am to pay
the remainder of
amount. If you think I
should move forward
on my own and pay it
then that's fine but if I
should politely ask
for a few more
months then I'm sure

iMessage



Search

Brett >

BF

11:11 AM

65%

months then I'm sure Charlie Finnegan would allow that. The university has know money nor would I expect them to help. We really can help not only the universi-ty with this but a lot of other folks as well. Thank you

I wold ask for an ex-tension. The Bid

iMessage

Brett

BF   11:11 AM   65%

I would ask for an ex-
tension. The Bid
process the Director
talked about is state
law. To override or not
obey the law would
be a potentially crimi-
nal offense. Neither
one of us want an in-
vestigation by the
Auditor. I promise
you, there is nothing
more I can do except
follow the law..



EXHIBIT 33



Sep 6, 2019, 5:42 PM

I can call you. If it's about the Grant or DHS Funding there isn't much I can do. Until Audit has complicated its work I am staying out of all decisions that the agency will make. It would be best to meet with [STAFF ATTORNEY] at this time. Thanks.







Case: 25CI1:22-cv-00286-EFP   Document #: 140-33   Filed: 09/23/2022   Page 6 of 8







EXHIBIT 34



Brett

iMessage

Oct 13, 2019, 7:45 PM

Have you gotten any good vibes yet for our funding?

Oct 22, 2019, 9:58 AM

I am meeting with Director of MDHS this

Search

11:12 AM

64%

Brett

BF

rector of MDHS this week to see where we are in the grant request. We may have to go to the Legislature in January and get language in a Funding bill. I also know how to make that play 🏈.
Keep the faith.

Governor you would help me out tremen-dously if you can get

iMessage



EXHIBIT 35

No SIM

11:13 AM

64%

Brett

Nov 5, 2019, 8:35 AM

I know you said wait til November and dang time flies so I know it's Election Day and you are probably busy but while we know who our Governor is presently not to mention arguably the most popular and influential I want to stay on

iMessage

No SIM  11:13 AM  64%

Brett ›

BF

tial I want to stay on your radar. If our guy wins I'll feel better about things but if the other guy wins I feel like Nancy and I can forget our vision for Southern Miss.

That's one reason I have been pushing Tate so hard. He has to win. Then we set up a meeting on Well-ness Center at USM








iMessage



EXHIBIT 36

No SIM

12:47 PM

27%

Chris

Nov 11, 2019, 3:54 PM

Brett Farve keeps asking about the project. I told him a number of times it would be January before we would know

Think you will get the wellness center project done? Brett

iMessage



No SIM   12:48 PM   27%

Chris

fore we would know anything. Apparently he was assured by Nancy it would be funded.

The proposals are due November 15. The committee will begin their work the following Monday. Results and notifications are expected by Dec 13th.





EXHIBIT 37

No SIM

11:14 AM

64%



Brett

Nov 11, 2019, 3:49 PM

Think you will get the wellness center project done?

Will depend on the Grants in January and if we can get the Ms. Legislature to help... Lot of moving parts just now. Nancy should have been more careful in giving

iMessage

No SIM

11:14 AM

64%

**Brett**

BF

...more careful in giving any assurance that the project would be approved. One of the reasons John Davis is gone is because of this type of issue. We will keep working on it...

The proposals are due November 15. The committee will begin their work the following Monday

iMessage



EXHIBIT 38

No SIM

11:15 AM

63%

Brett ›

Dec 12, 2019, 9:31 AM

Hey Gov I think your meeting with Nancy tomorrow. This money will be used for state programs as well as help USM but w/ a director in place good things will happen and The University is all in as well. I know your doing all you can and we appreciate you very



EXHIBIT 39



No SIM   11:16 AM   62%

Brett

BF

Monday and I can get more info. and look for some funding. The Auditor continues his investigation into spending at the Department Of Human Services. May need to go visit LT-GOV Hoseman and Gov. Reeves.

I Just paid 350k which leaves the total around 1.6 and I am

iMessage

No SIM · 11:16 AM · 62%

Brett >

BF

around 1.6 and I am giving another 200k next week. How can Tate and Delbert help you think?

They Just have to find a budget and put money into it. I have probably gotten USM $40 million in fund-ing the last 8 yrs. Sen. Briggs Hopson is Senate Appropria-tion Chair. That's



iMessage



No SIM

11:17 AM

62%

Brett

BF

bothering me at all and please always feel free to reach out to me anytime. I will help any way I can. I will be glad to set something up with Tate. Tell me kind of what the plan in place for funding is\was. Did Gov Bryant mention maybe trying to get it as part of a bond bill for University? Ad-

iMessage



No SIM

11:17 AM

62%

Brett

...r University? Ad-
mittedly, I'm not the
expert on some of
this stuff but I will
certainly do every-
thing I can to get all
the right minds to-
gether and formulate
a plan to sort it out.

I told him I would ask

iMessage





Brett
No SIM · 11:17 AM · 62%

recommend ;

Is it brick and mortar?

Good question I'll find out.

Do we want it not to be? I think it's more the finishing cosmetic type work. 5.5 has already been paid

We want it to be one time construction

iMessage



We want it to be one time construction cost not ongoing expenses.

We can certainly do that

So do I need to have the university do something first?





No SIM   11:19 AM   61%

BF

Brett

Jan 26, 2020, 8:16 PM

Gov. I will be out of town Thursday through Sunday so if we need to meet with the powers that be before then please let me know

Will know more to-morrow

OK thank you




EXHIBIT 40



No SIM

11:19 AM

@ 61%

Brett

BF

Jan 27, 2020, 4:18 PM

Governor had a talk with Tate and he said he would get with his team on a plan. I'm sure with you in his ear that would help tremendously

iMessage





No SIM

12:03 PM

Brett ›

BF

38%

I can focus on anything else with this looming

I can focus on anything else with this looming

Text Message

I understand..

Delivered

iMessage





EXHIBIT 41



Rodney

Jan 27, 2020, 6:41 PM

Brett keeps asking to help him fund the Volleyball Facility. I want to help but wanted to see your position before I go the LtGovernor.

Governor!!! It's so good to hear from you– we miss you! I haven't forgotten



Rodney

11:07 AM

haven't forgotten about the project for you at USM- I made a personnel change which I believed slowed our momentum a bit but it's definitely on the radar and a project we want to do. I've asked Brett to not do the things he's doing to seek funding from state agencies and the legislature for the

▲ Search 📶      11:07 AM      ⊕ 68%

Rodney ⟩  

...the registrate for the volleyball facility. As you know, IHL has a process of how we request and get approval for projects and what he's doing is outside those guidelines. I will see, for the "umpteenth time" if we can get him to stand down. The bottom line is he personally guaranteed the project, and

iMessage










Rodney

11:07 AM   67%

...teed the project, and on his word and handshake we pro-ceeded. It's time for him to pay up – it real-ly is just that simple.

That's was my thoughts. Maybe he wants the State to pay off his promises. Like all of us I like Brett. He is a legend but he has to under-stand what a pledge



EXHIBIT 42

**Brett**

Feb 6, 2020, 10:20 AM

Governor have you spoken to Tate? He said he was gonna get with his team and figure something out.



Largest public embezzlement scheme in Mississippi history uncovered

mspolicy.org

This has been the problem. Not sure what funding will be available in the future.

Feb 7, 2020, 3:44 PM

**Brett**

Feb 7, 2020, 3:44 PM

Yeah I'm well aware of it. I think the angle Tate is looking at is a bond bill according to ▮▮▮ You think that ▮▮▮ has a chance?.

Bonds can sure be used for Brick and mortar..

Anything I can do?

May want to meet with Tate when you can..

I did and he said he would get with his team

Then just have to wait till a bond bill is drafted and hope you make the list 🤞

Ok



# EXHIBIT 43



# State of Mississippi

## Single Audit for Year Ending June 30, 2019
### Mississippi Office of the State Auditor
### Shad White



# STATE OF MISSISSIPPI
## OFFICE OF THE STATE AUDITOR
### SHAD WHITE

April 30, 2020

The Governor, Members of the Legislature
and Citizens of the State of Mississippi

I am pleased to submit the *Single Audit Report* of the State of Mississippi for the fiscal year ended June 30, 2019. Our audit was conducted in accordance with the requirements of the Single Audit Act Amendments of 1996, the provisions of the Office of Management and Budget (OMB) *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (contained in Title 2 of the U.S. Code of Federal Regulations Part 200)*, and the State of Mississippi's audit requirements.

The Single Audit process requires the coordination and cooperation of many state government entities. We are particularly grateful for the efforts of the Mississippi Department of Finance and Administration in compiling data.

While I am pleased to report that, for the thirty-second consecutive year, DFA was awarded the Government Finance Officers Association of the United States and Canada's Certificate of Achievement for Excellence in Financial Reporting, it is important to note that this award is bestowed on DFA for its adherence to standards when compiling the report, and does not consider the actual financial condition of the state.

Additionally, it is important to note that my office issued an unmodified opinion on those financials, but that in order to do so, multiple significant adjustments to the financial reports submitted by state agencies were required. I would encourage you to review the audit findings issued by my office and other independent CPA firms. These audit findings are a vital part of our report as they acknowledge weaknesses existing in our state agencies that should be addressed by management and those charged with governance.

Mississippi's *Comprehensive Annual Financial Report* for fiscal year 2019 and our report thereon, dated December, 20, 2019, has been issued under separate cover and is available electronically at http://www.dfa.state.ms.us/ or by writing to the address below:

> Mississippi Department of Finance and Administration
> Attention: Bureau of Financial Reporting
> P. O. Box 267
> Jackson, MS 39205

Respectfully submitted,

**SHAD WHITE**
State Auditor

i

STATE OF MISSISSIPPI
SCHEDULE OF FINDINGS AND QUESTIONED COSTS
PART 3 – Federal Award Findings and Questioned Costs (continued)

---

Payments for Sports/Coaches/Sporting Celebrities

**Laws and Regulations**:  *The Code of Federal Regulations (2 cfr 200.403*) states that, in order to be allowable under federal guidelines, costs must be necessary and reasonable, and adequately documented.

*The Code of Federal Regulations (2 cfr 200.459(a))* states that costs of professional and consultant services rendered by persons who are members of a particular profession or possess a special skill, and who are not officers or employees of the non- Federal entity, are allowable, subject to paragraphs (b) and (c) when reasonable in relation to the services rendered and when not contingent upon recovery of the costs from the Federal government.

*The Code of Federal Regulations (2 cfr 200.434(a))* states the costs of contributions and donations, including cash, property, and services from the grantee to other entities are unallowable.

*The Code of Federal Regulations (2 cfr 200.469)* states the costs incurred for intramural activities, student publications, student clubs, and other student activities, are unallowable, unless specifically provided for in the Federal award.

*The TANF State Plan* states TANF funds may be used to fund the expansion of the Families First Resource Centers.  Through these centers, MDHS will advance the development, expansion and enhancement of a statewide network of community-based, prevention focused, parent resource centers that offer assistance to families. To encourage the formation and maintenance of two-parent families and reduce out of wedlock pregnancies the centers will:

- Provide early comprehensive support for parents;
- Promote the development of parenting skills;
- Promote the independence of families;
- Increase family stability;
- Improve family access to resources and opportunities for assistance;
- Focus on prevention of teenage pregnancy while supporting teen parents;
- Support the needs of families with children with disabilities; and,
- Provide a safe place for supervised children.

Families eligible for this program are not required to be TANF eligible, but must be at or below 300 percent of the Federal Poverty Level.

**Exceptions/Questioned Costs**:  During testwork for activities allowed and allowable costs, the auditor noted the following violations:

- MCEC expended federal grant monies to fund multiple sports programs.  MCEC could not provide any documentation supporting the correlation of these sports programs to any of the four tenets of TANF, nor did MCEC utilize any criteria to establish eligibility for

91

STATE OF MISSISSIPPI
SCHEDULE OF FINDINGS AND QUESTIONED COSTS
PART 3 – Federal Award Findings and Questioned Costs (continued)

these programs.  Additionally, as detailed below, the auditor does not consider the costs of some of the programs reasonable or necessary to meet federal requirements.

o   Favre Enterprises was contracted to appear at several events, record promotions, and provide autographs for marketing materials from July 1, 2017 through July 31, 2018.   Additional contract information provided that the contract fee would be paid in installments and would include three (3) speaking engagements, one (1) radio spot and one (1) keynote address.  There was no mention of the contract price in the contract supplied to auditors. When auditors requested further details on the performance of the contract, specifically the dates of any speaking engagements, MCEC provided a list of dates and events that fulfilled the contract terms; however, upon a cursory review of those dates, auditors were able to determine that the individual contracted did not speak nor was he present for those events.  Two payments were made to Favre Enterprises – one for $500,000 in December 2017 and one for $600,000 in June 2018.

Due to the inability to verify that any work was performed in order to fulfill the contract, and due to the unreasonable amount paid, the entire payment of $1,100,000 paid in FY 2018 is questioned.

o   Rick Rigsby Communications was paid $52,100 for motivational speaking in April 2019.  No contract was provided to auditor; therefore, correlation to TANF cannot be verified.

o   Diamond Design and Construction was paid $42,750 in FY 2019 to convert and line Field 8 for the North Jackson Youth Baseball League.  The field is located next to New Summit School, the school owned and operated by the Director of MCEC (NN). According to inquiry, Field 8 was often utilized as a baseball field for New Summit Academy.

Due to the inability to verify that this work was related to TANF, including no correlation to any tenet of TANF, and due to the risk that this payment was made for the personal use of those involved with MCEC, this payment is questioned.

o   North Jackson Youth Baseball was paid $65,000 in FY 2017 to rent baseball fields.  MCEC stated the amounts were a donation to the organization.  Auditor noted that the Programmatic Director for MCEC (SP) and the spouse of one of the principals at MCEC (JN) are currently on the Board of Directors of the baseball organization.

**STATE OF MISSISSIPPI**
**SCHEDULE OF FINDINGS AND QUESTIONED COSTS**
 **PART 3 – Federal Award Findings and Questioned Costs (continued)**

---

*The Code of Federal Regulations (2 cfr 200.434(a))* states the costs of contributions and donations, including cash, property, and services from the grantee to other entities are unallowable.

*The Code of Federal Regulations (2 cfr 200.469)* states the costs incurred for intramural activities, student publications, student clubs, and other student activities, are unallowable, unless specifically provided for in the Federal award.

*The TANF State Plan* states TANF funds may be used to fund the expansion of the Families First Resource Centers.  Through these centers, MDHS will advance the development, expansion and enhancement of a statewide network of community-based, prevention focused, parent resource centers that offer assistance to families.  To encourage the formation and maintenance of two-parent families and reduce out of wedlock pregnancies the centers will:

- Provide early comprehensive support for parents;
- Promote the development of parenting skills;
- Promote the independence of families;
- Increase family stability;
- Improve family access to resources and opportunities for assistance;
- Focus on prevention of teenage pregnancy while supporting teen parents;
- Support the needs of families with children with disabilities; and,
- Provide a safe place for supervised children.

Families eligible for this program are not required to be TANF eligible, but must be at or below 300 percent of the Federal Poverty Level.

**Exceptions/Questioned Costs**:   During testwork for activities allowed and allowable costs, the auditor noted the following violations:

- MCEC expended federal grant monies to fund multiple sports programs.  MCEC could not provide any documentation supporting the correlation of these sports programs to any of the four tenets of TANF, nor did MCEC utilize any criteria to establish eligibility for these programs.  Additionally, as detailed below, the auditor does not consider the costs of some of the programs reasonable or necessary to meet federal requirements.

  o Favre Enterprises was contracted to appear at several events, record promotions, and provide autographs for marketing materials from July 1, 2017 through July 31, 2018.   Additional contract information provided that the contract fee would be paid in installments and would include three (3) speaking engagements, one (1) radio spot and one (1) keynote address.   There was no mention of the contract price in the contract supplied to auditors.  When auditors requested further details on the performance of the

STATE OF MISSISSIPPI
SCHEDULE OF FINDINGS AND QUESTIONED COSTS
PART 3 – Federal Award Findings and Questioned Costs (continued)

contract, specifically the dates of any speaking engagements, MCEC provided a list of dates and events that fulfilled the contract terms; however, upon a cursory review of those dates, auditors were able to determine that the individual contracted did not speak nor was he present for those events.  Two payments were made to Favre Enterprises – one for $500,000 in December 2017 and one for $600,000 in June 2018.

Due to the inability to verify that any work was performed in order to fulfill the contract, and due to the unreasonable amount paid, the entire payment of $1,100,000 paid in FY 2018 is questioned.

o   Rick Rigsby Communications was paid $52,100 for motivational speaking in April 2019.  No contract was provided to auditor; therefore, correlation to TANF cannot be verified.

o   Diamond Design and Construction was paid $42,750 in FY 2019 to convert and line Field 8 for the North Jackson Youth Baseball League.  The field is located next to New Summit School, the school owned and operated by the Director of MCEC (NN).  According to inquiry, Field 8 was often utilized as a baseball field for New Summit Academy.

Due to the inability to verify that this work was related to TANF, including no correlation to any tenet of TANF, and due to the risk that this payment was made for the personal use of those involved with MCEC, this payment is questioned.

o   North Jackson Youth Baseball was paid $65,000 in FY 2017 to rent baseball fields.  MCEC stated the amounts were a donation to the organization.  Auditor noted that the Programmatic Director for MCEC (SP) and the spouse of one of the principals at MCEC (JN) are currently on the Board of Directors of the baseball organization.

Due to the inability to verify any correlation to TANF, including a programmatic reason for the payments, the provision against using TANF funds for intramural student activities, and the unreasonable amount paid, these payments are questioned.

o   P360 Performance Sports was contracted to allow four Jackson schools to use the baseball fields for practice and training.  The schools listed in the contract are schools that operate in at-risk areas.  However, based on inquiry with the vendor, these amounts also allowed for a specialty, private team (Mississippi Bombers) to use the field, thereby making at least a portion of the payments unallowable due to lack of ability to verify that the payments were for needy individuals.  There was no allocation of payments to

# EXHIBIT 44

# PLEA AGREEMENT

APR 20 2022



| Subject: | Date: |
|---|---|
| **United States v. Nancy W. New** | April 19, 2022 |
| Criminal No. 3:21-CR-0028 CWR-FKB | |

| To: | From: |
|---|---|
| Cynthia H. Speetjens | David H. Fulcher |
| Attorney at Law | Assistant United States Attorney |
| 100 Depot Drive | Southern District of Mississippi |
| Madison, MS 39110 | Criminal Division |

NANCY W. NEW, Defendant herein, and CYNTHIA H. SPEETJENS, attorney for Defendant, have been notified and understand and agree to the items contained herein, as well as in the Plea Supplement, and that:

**1.    Count of Conviction.**    It is understood that, as of the date of this Plea Agreement, Defendant and Defendant's attorney have indicated that Defendant desires to plead guilty under oath to Count 21 of the Indictment charging Defendant with a violation of Title 18, United States Code, Section 1957 for Monetary Transactions with the Proceeds of a Specified Unlawful Activity, that is, wire fraud.

**2.    Sentence.**    Defendant understands that the penalty for the offense charged in Count 21 of the Indictment, charging a violation of Title 18, United States Code, Section 1957, is not more than 10 years in prison; a term of supervised release of not more than 3 years; and a fine of up to $250,000. Defendant further understands that if a term of supervised release is imposed, that term will be in addition to any prison sentence Defendant receives; further, if any of the terms of Defendant's supervised release are violated, Defendant can be returned to prison for the entire term of supervised release, without credit for any time already served on the term of supervised release prior to Defendant's violation of those conditions.

It is further understood that the Court may require Defendant to pay restitution in this matter in accordance with applicable law. Defendant further understands that Defendant is liable to make restitution for the full amount of the loss determined by the Court, to include relevant conduct, which amount is not limited to the count of conviction.  Defendant further understands that if the Court orders Defendant to pay restitution, restitution payments cannot be made to the victim directly but must be made to the Clerk of Court, Southern District of Mississippi.

**3.    Determination of Sentencing Guidelines.**    It is further understood that the United States Sentencing Guidelines are advisory only and that Defendant and Defendant's attorney have discussed the fact that the Court must review the Guidelines in reaching a decision as to the appropriate sentence in this case, but the Court may impose a sentence other than that

indicated by the Guidelines if the Court finds that another sentence would be more appropriate. Defendant specifically acknowledges that Defendant is not relying upon anyone's calculation of a particular Guideline range for the offense to which Defendant is entering this plea. Defendant recognizes that the Court will make the final determination of the sentence and that Defendant may be sentenced up to the maximum penalties set forth above. 

**4.     Breach of This Agreement and Further Crimes.**  It is further understood that should Defendant fail or refuse as to any part of the Plea Agreement or Plea Supplement, or if the Defendant commits any further crimes, then, at its discretion, the U.S. Attorney may treat such conduct as a breach of this Plea Agreement, and Defendant's breach shall be considered sufficient grounds for the pursuit of any prosecutions which the U.S. Attorney has not sought as a result of this Plea Agreement, including any such prosecutions that might have been dismissed or otherwise barred by the Double Jeopardy Clause, and any federal criminal violation of which this office has knowledge. 

**5.     Financial Obligations.**  It is further understood and specifically agreed to by Defendant that, at the time of the execution of this document or at the time the plea is entered, Defendant will then and there pay over the special assessment of $100.00 per count required by Title 18, United States Code, Section 3013, to the Office of the United States District Court Clerk. Defendant shall thereafter produce proof of payment to the U.S. Attorney or the U.S. Probation Office. If the Defendant is adjudged to be indigent, payment of the special assessment at the time the plea is entered is waived, but Defendant agrees that it may be made payable first from any funds available to Defendant while Defendant is incarcerated. Defendant understands and agrees that pursuant to Title 18, United States Code, Section 3613, whatever monetary penalties are imposed by the Court will be due and payable immediately and subject to immediate enforcement by the United States as provided in Section 3613. Furthermore, Defendant agrees to complete a Department of Justice Financial Statement no later than within seven days of the date the guilty plea is entered and provide same to the undersigned AUSA. Defendant also agrees to provide all of Defendant's financial information the Probation Office and, if requested, to participate in a pre-sentencing debtor's examination. If the Court imposes a schedule of payments, Defendant understands that the schedule of payments is merely a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment. If Defendant is incarcerated, Defendant agrees to participate in the Bureau of Prisons' Inmate Financial Responsibility Program regardless of whether the Court specifically directs participation or imposes a schedule of payments. Defendant understands and agrees that Defendant shall participate in the Treasury Offset Program until any and all monetary penalties are satisfied and paid in full by Defendant.

**6.     Transferring and Liquidating Assets.**  Defendant understands and agrees that Defendant is prohibited from transferring or liquidating any and all assets held or owned by Defendant as of the date this Plea Agreement is signed.   Defendant must obtain prior written approval from the U.S. Attorney's Financial Litigation Unit prior to the transfer or liquidation of any and all assets after this Plea Agreement is signed and if Defendant fails to do so the Defendant understands and agrees that an unapproved transfer or liquidation of any asset shall be deemed a fraudulent transfer or liquidation. 

**7.     Future Direct Contact With Defendant.**  Defendant and Defendant's attorney acknowledge that if forfeiture, restitution, a fine, or special assessment or any combination of 

forfeiture, restitution, fine, and special assessment is ordered in Defendant's case that this will require regular contact with Defendant during any period of incarceration, probation, and supervised release. Further, Defendant and Defendant's attorney understand that it is essential that defense counsel contact the U.S. Attorney's Financial Litigation Unit immediately after sentencing in this case to confirm in writing whether defense counsel will continue to represent Defendant in this case and in matters involving the collection of the financial obligations imposed by the Court. If the U.S. Attorney does not receive any written acknowledgment from defense counsel within two weeks from the date of the entry of Judgment in this case, the U.S. Attorney will presume that defense counsel no longer represents Defendant and the Financial Litigation Unit will communicate directly with Defendant regarding collection of the financial obligations imposed by the Court. Defendant and Defendant's attorney understand and agree that such direct contact with Defendant shall not be deemed an improper *ex parte* contact with Defendant if defense counsel fails to notify the U.S. Attorney of any continued legal representation within two weeks after the date of entry of the Judgment in this case.

8.    **Waivers.**  Defendant, knowing and understanding all of the matters aforesaid, including the maximum possible penalty that could be imposed, and being advised of Defendant's rights to remain silent, to trial by jury, to subpoena witnesses on Defendant's own behalf, to confront the witnesses against Defendant, and to appeal the conviction and sentence, in exchange for the U.S. Attorney entering into this Plea Agreement and accompanying Plea Supplement, hereby expressly waives the following rights (except that Defendant reserves the right to raise ineffective assistance of counsel claims):

a.    the right to appeal the conviction and sentence imposed in this case, or the manner in which that sentence was imposed, on the grounds set forth in Title 18, United States Code, Section 3742, or on any ground whatsoever, and 

b.    the right to contest the conviction and sentence or the manner in which the sentence was imposed in any post-conviction proceeding, including but not limited to a motion brought under Title 28, United States Code, Section 2255, and any type of proceeding claiming double jeopardy or excessive penalty as a result of any forfeiture ordered or to be ordered in this case, and 

c.    any right to seek attorney fees and/or costs under the "Hyde Amendment," Title 18, United States Code, Section 3006A, and the Defendant acknowledges that the government's position in the instant prosecution was not vexatious, frivolous, or in bad faith, and 

d.    all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case, including without limitation any records that may be sought by Defendant or by Defendant's representative under the Freedom of Information Act, set forth at Title 5, United States Code, Section 552, or the Privacy Act of 1974, at Title 5, United States Code, Section 552a. 

e.    Defendant further acknowledges and agrees that any factual issues regarding the sentencing will be resolved by the sentencing judge under a preponderance of the evidence standard, and Defendant waives any right to a jury determination of these 

sentencing issues. Defendant further agrees that, in making its sentencing decision, the district court may consider any relevant evidence without regard to its admissibility under the rules of evidence applicable at trial. 

f.      The Defendant further agrees that pursuant to Section 1B1.3(a)(2), all conduct set forth in the indictment in Criminal Number 3:21-cr-0028 CWR-FKB will be considered relevant conduct for purposes of calculating the applicable sentencing guideline range, regardless of the charge to which the defendant enters a guilty plea. 

g.      Defendant further acknowledges that Defendant's attorney has advised Defendant of Defendant's rights under Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410.  Defendant knowingly and voluntarily waives these rights and agrees that such waiver becomes effective upon Defendant's signing of this Plea Agreement.  Defendant agrees that this Plea Agreement and accompanying Plea Supplement, along with any and all factual statements made, adopted, or admitted by Defendant in any form or forum, including at Defendant's plea hearing, can be used against Defendant, without limitation, at any time in any proceeding, including at any trial in this case, should Defendant fail or refuse as to any part of this Plea Agreement and accompanying Plea Supplement and/or should Defendant commit any further crimes, regardless of whether this Plea Agreement and accompanying Plea Supplement have been accepted by the Court.  Defendant specifically waives any objection—pursuant to Federal Rule of Criminal Procedure 11(f), Federal Rule of Evidence 410, or any other basis—to the use of any and all facts or information to which the Defendant admits or adopts in conjunction with this Plea Agreement or otherwise, including facts and information admitted or adopted by Defendant in open court during Defendant's plea hearing.

**Defendant admits to being guilty of Monetary Transactions with the Proceeds of a Specified Unlawful Activity (wire fraud) in violation of 18 U.S.C. § 1957, as alleged in Count 21 of the Indictment.** 

**Defendant waives these rights in exchange for the United States Attorney entering into this plea agreement and accompanying plea supplement.** 

9.      Forfeiture

a.      The defendant agrees, in an individual and any other capacity, to forfeit to the United States, voluntarily and immediately, any right, title, and interest to any property, real or personal, involved in the commission of the offense, in violation of 18 U.S.C. § 1957, or any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1)(A), and the provisions of 21 U.S.C. § 853. 

The property subject to forfeiture includes, but is not limited to, the real property known as 1800 Sheffield Drive, Jackson, Mississippi 39211. 

b.      The defendant further agrees that forfeiture is independent of any assessment, fine, cost, restitution, or penalty that may be imposed by the Court. The defendant knowingly and voluntarily agrees to waive all constitutional, legal, and equitable 

4

defenses to the forfeiture, including excessive fines under the Eighth Amendment to the United States Constitution. In addition, the defendant agrees to waive: any applicable time limits for administrative or judicial forfeiture proceedings, the requirements of Fed. R. Crim. P. 32.2 and 43(a), and any appeal of the forfeiture.

       c.    The defendant also agrees to fully and truthfully disclose the existence, nature and location of all assets in which the defendant has or had any direct or indirect financial interest or control, and any assets involved in the offense[s] of conviction. The defendant agrees to take all steps requested by the United States for the recovery and forfeiture of all assets identified by the United States as subject to forfeiture. This includes, but is not limited to, the timely delivery upon request of all necessary and appropriate documentation to deliver good and marketable title, consenting to all orders of forfeiture, and not contesting or impeding in any way with any criminal, civil or administrative forfeiture proceeding concerning the forfeiture.

    **10.**    **Complete Agreement.**  It is further understood that this Plea Agreement and the Plea Supplement completely reflects all promises, agreements and conditions made by and between the United States Attorney's Office for the Southern District of Mississippi and Defendant.

    **Defendant and Defendant's attorney of record declare that the terms of this plea agreement have been:**

    1.  **READ BY OR TO DEFENDANT;**
    2.  **EXPLAINED TO DEFENDANT BY DEFENDANT'S ATTORNEY;**
    3.  **UNDERSTOOD BY DEFENDANT;**
    4.  **VOLUNTARILY ACCEPTED BY DEFENDANT; and**
    5.  **AGREED TO AND ACCEPTED BY DEFENDANT.**

    WITNESS OUR SIGNATURES, as set forth below.

DARREN J. LAMARCA
United States Attorney

By David H. Fulcher                          4/20/22
Assistant United States Attorney             Date

Nancy W. New                              4-20-22
Defendant                                 Date

Cynthia H. Speetjens                       4-20-22
Attorney for Defendant                     Date




EXHIBIT 45

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

STATE OF MISSISSIPPI

V.                                                              CAUSE NO. 22-2-002

NANCY NEW

## PETITION TO ENTER A PLEA OF GUILTY

THE DEFENDANT HEREIN, being duly sworn, stated in Open Court under oath that:

1. My full name is NANCY WHITTEN NEW. I am a Caucasian female born in Greenwood, Mississippi. I am 69 years old. My DOB July 29, 1952, and my SSN is XXX-XX-6020. My current address is 1800 Sheffield Drive, Jackson, Ms. 39211. I completed 12 years of education through high school, and nine years of post-graduate work. I am a United States citizen with no Immigration Number and no known FBI Number. I can read and write. I am mentally competent to make this Petition. I understand, should the plea of guilt herein tendered not be accepted and a trial follow, that admissions made herein or during any hearing on this petition would not be admissible against me at trial.

2. I am represented by Cynthia Speetjens, a licensed attorney in the State of Mississippi.

3. I hereby plead guilty to the charges of: Bribery of a Public Official (four counts), 2 Fraud Against the Government (two counts), and 6 Wire Fraud (five counts), RICO

4. I have told my lawyers all of the facts and circumstances known to me about the charges asserted in the Information and the prior indictment. I believe that my lawyers are fully informed on all such matters. My lawyers have advised me of the nature of the charges and the possible defenses that I may have to the charges.

5. I understand that I may plead "NOT GUILTY" and may persist in that plea and that the Constitution guarantees me (a) the right to a speedy and public trial by jury, (b) the right to see, hear and cross examine all witnesses called to testify, (c) the right to use the power and process of the Court to compel the production of evidence, including the attendance of any witnesses in my favor, (d) the right to have the presence and the assistance of a lawyer at all states of the trial and any appeal, (e) the right to challenge the composition of the Grand Jury, which indicted me, (f) the right to testify in my own defense, (g) the right to a jury verdict of all twelve jurors before I could be found guilty.

6. I understand that if I do not have the funds to employ an attorney, the Court will appoint an attorney to represent me; that I do not have to testify against myself; that if I should be convicted after a jury trial, I would have absolute right to an appeal to the Mississippi Supreme

Court with assistance of counsel, and at no cost to me should I be determined to be financially unable to pay for same. I understand that by pleading guilty I am admitting that I did commit the crimes charged in the Information and that I am waiving all of the rights set forth in paragraph number five (5) of this Petition.

7.    At the time of the crime referred to herein, I was not, and at this time I am not, under the influence of drugs, nor alcohol, nor suffering from any mental disease.

8.    I declare that no officer or agent of any branch of government, nor any other person has made any promise or inducement of any kind to me, or within my knowledge to anyone else, that I will receive a lighter sentence, probation, early release, or any other form of leniency if I plead "GUILTY." I have not been beaten, threatened, mentally or physically forced, intimidated or coerced in any manner to plead guilty to the crime charged against me. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with full understanding of all the matters set forth in the indictment herein an in the Petition, and this pela is with the advice and sent of my lawyer.

9.    My lawyer has informed as to the maximum and minimum punishment which the law provides of the offenses charged in the Information. The punishment which the Court may impose for the crimes with which I am charged is as follows:

| CHARGE | MAXIMUM | MINIMUM |
|---|---|---|
| Count 11- Bribery of a Public Official | 10 years/$5k | 0 years |
| Count 12 - Bribery of a Public Official | 10 years/$5k | 0 years |
| Count 13 - Bribery of a Public Official | 10 years/$5k | 0 years |
| Count14 - Bribery of a Public Official | 10 years/$5k | 0 years |
| Count 27 - Fraud Against the Government | 5 years/$10k | 0 years |
| Count 28 - Fraud Against the Government | 5 years/$10k | 0 years |
| Count 33 - Wire Fraud | 5 years/$10k | 0 years |
| Count 34 - Wire Fraud | 5 years/$10k | 0 years |
| Count 35 - Wire Fraud | 5 years/$10k | 0 years |
| Count 36 - Wire Fraud | 5 years/$10k | 0 years |
| Count 37 - Wire Fraud | 5 years/$10k | 0 years |
| Count 38 — Wire Fraud | 5 years/ $10k | 0 years |
| Count 45 - RICO | 20 years/$ 25k | 0 years |

10.    If no agreement has been reached with regard to a recommended sentence as a result of so-called "plea-bargaining," I understand neither my attorney nor any other person can represent to me that I will receive any particular sentence if I plead guilty. The final decision as to the sentence rests with the Court.

11.    If as a result of "plea-bargaining," my attorney and I have reached an agreement with the District Attorney's Office concerning my offer to plead guilty to the charges listed in

paragraph three (3), it is my understanding that the District Attorney will recommend to the Court that I receive a sentence as follows:

## Counts 11,12,13,14

Ten (10) years in the custody of the Mississippi Department of Correction, with seven (7) years of that sentence to be suspended, leaving three (3) years of that sentence to be served. Upon the defendant's release from custody, he will be required to serve five (5) years supervised probation with the specific condition that he pay restitution as calculated by the Mississippi Department of Corrections based upon the amount of restitution listed below. Each sentence in Counts 11, 12, 13, and 14 will run consecutive with each other, consecutive to the sentences in counts 27 and 28, and concurrent with the sentences in counts 33, 34 and 35, 36 and 37.

## Counts 27, 28

Five (5) years in the custody of the Mississippi Department of Corrections, with all five (5) years of that sentence to be served. Upon the defendant's release from custody, he will be required to serve five (5) years supervised probation, with the specific condition that he pay restitution as calculated by the Mississippi Department of Corrections based upon the amount of restitution listed below. Each sentence in Counts 27 and 28 will run concurrent to each other, consecutive with sentences in Counts 11, 12, 13, and 14, and concurrent with the sentences in counts 33,34,35,36,37,38 and 45.

## Counts 33, 34, 35, 36, 37 and 38

Five (5) years in the custody of the Mississippi Department of Corrections, with all five (5) years of that sentence to be suspended. Upon the defendant's release from custody, she will be required to serve five (5) years supervised probation, with the specific condition that he pay restitution as calculated by the Mississippi Department of Corrections based upon the amount of restitution listed below. Each sentence in Counts 33, 34, 35, 36 37 and 38 will run concurrent with each other and concurrent with the sentences in counts 11 12 13 14 27 and 28 45.

## Count 45

Ten years in the custody of the Mississippi Department of Corrections with all ten years to be suspended. Upon the Defendant's release from custody, se will be required to serve five (5) years supervised probation, upon the terms and conditions as the Court deems appropriate, with hte specific condition that she pay restitution calculated by the Mississippi Department of Corrections based upon the amount of restitution listed in the plea offer. The sentence in Count 45 will run concurrently with the sentences imposed in Counts 11, 12, 13, 14, 27, 28, 33, 34, 35, 36, 37 and 38. The sentence in Count 45 will run concurrently with the sentences in count 11,12,13,14, 27, 28, 33, 34, 35, 36, 37 and 38.

Upon filing of the Petition, all counts in Cause No. 25CI1:22-cr-00003-EFP will be dismissed.

I understand the cumulative recommended sentences of the plea offer made by the State is a recommended ninety-year year sentence with seventeen (25) years of that sentence to be served. I understand that under the plea agreement I will fully cooperate with the State in the prosecution of my Co-Defendants and that I will provide truthful testimony against my Co-Defendants. I understand that the State will recommend that the Court withhold sentencing in this Cause until after I am sentenced in Criminal Cause Number 3:21-cr-00028-CWR-FKB in the United States District Court for the Southern District of Mississippi. I understand that the State will recommend that all of the State sentences will run concurrently with my Federal sentence in Criminal Cause Number 3:21-cr-00028-CWR-FKB. It has been negotiated between myself and that State all of the time I will serve incarcerated will be served in the Federal prison system.

Towards that end, the State's recommended sentence concerning all of the time to serve in this Cause is equal to or slightly less than the minimum time I will serve incarcerated in the Federal prison system in Criminal Cause Number 3:21-cr-00028-CWR-FKB. In the unlikely event that at the time of my Federal sentencing in Criminal Cause Number 3:21-cr-00028-CWR-FKB, I actually receive a Federal sentence requiring me to serve less prison time than the State sentences herein, so long as such Federal sentence is not a wholly probationary sentence, the State has agreed that on the date of sentencing in the within Cause that it will amend its recommendation regarding the State prison time required in this agreement to be equal to my Federal sentence such that all of the time I will be required to serve in prison will be served in the Federal prison system. Additionally, The State will recommend that I pay restitution in the amount of $3,656,000.00.

I understand that if I am sentenced for an armed robbery or attempted armed robbery, by displaying a deadly weapon, I will not be eligible for parole. I understand that if I am sentenced as a habitual criminal, I will not be eligible for parole. I understand that if I am sentenced for a sex crime, I will not be eligible for parole. I understand that if I am sentenced after July 1, 1995, for any crime, I may not be eligible for parole.

12.    I understand that if I am not eligible for parole, I will not receive "good time credits." I also understand that "earned time" or "good time credits" will not be applied to reduce my parole eligibility date. I understand that this Court has no control over the giving of earned time and good time. I understand that this process is governed by the Mississippi Department of Corrections as provided by statute.

13.    My lawyer has counseled and assisted me, and I am satisfied with the advice and help he has given me.

14.    My lawyer advises me that the elements of the charge(s) to which I am pleading guilty are as follows:

Bribery of a Public Official. Miss. Code Ann. 97-11-53. Any person who (a) directly or indirectly offers, promises, gives or agrees to give to any public official or his spouse any money,

4

property, or other tangible or intangible thing of value as an inducement or incentive for (a) the awarding of refusal to award a contract…; or (c) the accomplishment of any official act or purpose involving public funds or public trust shall be guilty of Bribery of a Public Official.

Fraud Against the Government, Miss. Code Ann. 97-7-10. Whoever (a) with intent to defraud the state or any department, agency, office, board, commission, county, municipality or other subdivision of state or local government, (b) knowingly and willfully falsifies, conceals or covers up by trick, scheme or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be guilty of Fraud Against the Government.

Wire Fraud, Miss. Code Ann. 97-19-83. Whoever (a) having devised or intending to devise any scheme or artifice to defraud, or for obtaining money, property or services, or for unlawfully avoiding the payment or loss of money, property or services, or for securing business or personal advantage (b) by means of false or fraudulent pretenses, representations or promises … (c) for the purpose of executing such scheme or artifice or attempting to do so, (d) transmits or causes to be transmitted by mail, telephone, newspaper, radio, television, wire, electromagnetic waves, microwaves, or other means of communication or by person, any writings, signs, signals, pictures, sounds, data, or other matter (e) across the country or state jurisdictional lines, shall be guilty of Wire Fraud.

I submit the following facts which I state to be true, and feel that all of the above elements are proven by these facts:

## Count 11 – Bribery of a Public Official

On or about March 23, 2017, Zachary New and Nancy New, while acting in concert with and/or aiding, abetting, assisting, or encouraging Nancy New, John Davis and others, did wrongfully agree to give John Davis, Executive Director of Mississippi Department of Human Services, and two of his senior executives, at their request, and for their own personal use, personal property, to wit: an "off the books" black GMC Yukon SUV, which was not procured through the normal channels at MDHS, but which was paid for, in whole or in part, using limited purpose grant funds, said transaction being an inducement or incentive to John Davis and these MDHS executives for awarding grant funds to Mississippi Community Education Center in violation of Miss. Code Ann. 97-11-53.

## Count 12 – Bribery of a Public Official

On or about September 1, 2017, Zachary New and Nancy New, while acting in concert with and/or aiding, abetting, assisting, or encouraging Nancy New and John Davis, Director of the Mississippi Department of Human Services, did hire Brett DiBiase, the then Director of Transformational Change at Mississippi Department of Human Services, and pay Brett DiBiase an annual salary of $250,000.00, and a "travel allowance" for the purpose of traveling with John Davis, despite knowing that Brett DiBiase was unqualified to perform the services for which he was hired, and despite knowing that this use of public limited purpose funds was a violation of the

terms and conditions of the grants. Brett DiBiase was hired and paid a "travel allowance" to travel with John Davis as an inducement or incentive to John Davis for awarding grant funds to Mississippi Community Education Center in violation of Miss. Code Ann. 97-11-53.

## Count 13 – Bribery of a Public Official

On or about and between February 2019 and June 2019, Zachary New and Nancy New, while acting in concert with and/or aiding, abetting, assisting, or encouraging John Davis and others, and at the request of John Davis, Director of the Mississippi Department of Human Services, did wrongfully provide or allow to be provided to John Davis unrestricted access to, and use of, Mississippi Community Education Center's American Express Card, which was paid, in whole or in part, using limited purpose grant funds, and which John Davis used to charge, or caused to be charged, first class airfare and luxury hotel accommodations for himself and Brett DiBiase, an inducement or incentive for awarding grant funds to Mississippi Community Education Center in violation of Miss. Code Ann. 97-11-53.

## Count 14 – Bribery of a Public Official

In 2017, Zachary New and Nancy New, while acting in concert with and/or aiding, abetting, assisting, or encouraging Nancy New, John Davis and others, and at the request of John Davis, Director of the Mississippi Department of Human Services, did knowingly hire Austin Smith, John Davis' nephew, using, in whole or in part, limited purpose grant funds, despite knowing that Austin Smith was unqualified to perform the services for which he was hired, and despite knowing that use of public limited purpose funds in this manner was a violation of the terms and conditions of the limited use grants. Austin Smith was hired as an inducement or incentive to John Davis for awarding grant funds to Mississippi Community Education Center in violation of Miss. Code Ann. 97-11-53.

## Count 27 – Fraud Against the Government

In or around August 2018, Zachary New and Nancy New, while acting in concert with and/or aiding, abetting, assisting, or encouraging Nancy New, John Davis and others, and at the direction of John Davis and others, participated in a scheme to defraud the State of Mississippi by knowingly transferring or causing to be transferred $1,200,000.00 in limited use grant funds to Victory Sports Foundation, a company known by Zachary New, John Davis and others to be ineligible to receive such grant funds for the purposes for which they were provided, in violation of Miss. Code Ann. 97-7-10.

## Count 28– Fraud Against the Government

On or about September, 2018, Nancy New, while acting in concert with and/or aiding, abetting, assisting or encouraging John Davis and others known and unknown to the Grand Jury, and at the direction of John Davis did knowingly pay $365,000.00 for a Virtual Reality program, using, in whole or in part, limited purpose grants, despite knowing that the expenditure was an

ineligible use of grant funds for the purposes for which they were provided, in violation of Miss. Code Ann. 97-1-10.

## Count 33– Wire Fraud

On or about April 8, 2019, Zachary New and Nancy New, while acting in concert with and/or aiding, abetting and assisting Nancy New, John Davis and others, and at their direction, participated in a scheme to defraud the State of Mississippi by transmitting or causing to be transmitted $500,000.00 in limited purpose grant funds from a bank account owned by Mississippi Community Education Center to a bank account owned by New Learning Resources Inc. and then across county and state jurisdictional lines to a bank account owned by Prevacus, Inc., a company in Florida known to be ineligible to receive such public grant funds, for purposes not allowed pursuant to the limited purpose grants from which the funds originated, in violation of Miss. Code Ann. 97-19-83.

## Count 34 – Wire Fraud

On or about May 10, 2019, Zachary New and Nancy New, while acting in concert with and/or aiding, abetting and assisting Nancy New, John Davis and others, and at their direction, participated in a scheme to defraud the State of Mississippi by transmitting or causing to be transmitted $250,000.00 in limited purpose grant funds from a bank account owned by Mississippi Community Education Center to a bank account owned by New Learning Resources, Inc. and then across county and state jurisdictional lines to a bank account owned by Prevacus, Inc., a company in Florida known to be ineligible to receive such public grant funds, for purposes not allowed pursuant to the limited purpose grants from which the funds originated, in violation of Miss. Code Ann. 97-19-83.

## Count 35 – Wire Fraud

On or about July 16, 2019, Zachary New and Nancy New, while acting in concert with and/or aiding, abetting and assisting Nancy New, John Davis and others, and at their direction, participated in a scheme to defraud the State of Mississippi by transmitting or causing to be transmitted $400,000.00 of limited purpose grant funds from a bank account owned by Mississippi Community Education Center across county or state jurisdictional lines into an account owned by Prevacus, Inc., a company in Florida known to be ineligible to receive such public grant funds, in violation of Miss. Code Ann. 97-19-83.

## Count 36 – Wire Fraud

On or about September July 2018, Nancy New, while acting in concert with and/or aiding, abetting, assisting or encouraging John Davis and others known and unknown to the Grand Jury, at the request of John Davis, Director of the Mississippi Department of Human Services, did knowingly pay Jesse Pearce the costs of a lease for the purpose of providing a venue for his personal training business by using, in whole or in part, limited purpose grant funds, despite

knowing that the expenditure was an ineligible use of grant funds for the purposes for which they were provided, 1 violation of Miss. Code Ann. 97-7-10.

## Count 37 – Wire Fraud

On or about March 2019, Nancy New, while acting in concert with, and/or aiding, abetting, assisting or encouraging John Davis and others known and unknown to the Grand Jury, at the direction of John Davis, Director of the Mississippi Department of Human Services, did knowingly provide Three Thousand ($3,000.00) cash to John Davis, at the direction of John Davis, to be used by the said John Davis as incentive to participants of a promotional seminar to enroll in a program known as Law of 16, by using, in whole or in part, limited purpose grant funds, despite knowing that the expenditure was an ineligible use of grant funds for the purposes for which they were provided, in violation of Miss. Code Ann. 97-7-10.

## Count 38 – Wire Fraud

On or about June 4, 2019, Nancy New, while acting in concert with, and/or aiding, abetting, assisting or encouraging John Davis and others known and unknown to the Grand Jury, at the direction of John Davis, Executive Director of the Mississippi Department of Human Services, did knowingly provide approximately Forty Thousand ($40,000.00) Dollars to be used for the purchase of children's books from another to be given away, despite knowing that the expenditure was an ineligible use of grant funds for the purposes for which they were provided, in violation of Miss. Code Ann. 97-7-10.

## Count 45 – RICO

On or about and between September 1, 2018 and February 4, 2020, Nancy New, while acting in concert with and/or aiding and abetting and assisting John Davis and others known and unknown to the Grand Jury, did conduct, organize, supervise or manage, directly or indirectly, an association of two (2) or more persons who engaged in the conduct of were associated for the purpose of effectuating the transfer or sale of services or information acting as a subgrantee for TANF funds granted to the State of Mississippi and its Department of Human Services that had a pecuniary value that causes a loss to a victim, being the State of Mississippi and its Department of Human Services, and which conduct, organization, supervision, or management involved the fraud enterprise engaging in repeated violations of MS Code 97-19-83, by transmitting money obtained by criminal fraud and forgery across state lines to RISE MALIBU in California on numerous occasions in violation of MS Code 97-43.3.1.

Therefore, I am guilty and ask the Court to accept my plea of guilty.

15.    I understand that I am presenting this Petition under Oath and under penalty of perjury for any false statements contained herein. I have not been encouraged by any person to answer falsely any question in this Petition in order4 to have this plea accepted.

8

16.    I understand that my plea of guilty may be withdrawn at any time during a hearing on this Petition prior to the acceptance of the plea by the Court.

17.    I have not previously been convicted of any felonies.

9

Signed by me in the presence of my lawyer, this the 22nd day of April, 2022.

_____
DEFENDANT

STATE OF MISSISSIPPI
COUNTY OF HINDS

SWORN TO AND SUBSCRIBED BEFORE ME, this the 22nd day of April 2022.

MY COMMISSION EXPIRES:

December 19, 2024

_____
NOTARY PUBLIC

As attorney for NANCY WHITTEN NEW, I certify that I have on the above date, discussed all the contents of the foregoing petition with said defendant, and I am satisfied that Defendant fully understands same and that the defendant executes said Petition knowingly and voluntarily.

_____
/s/ Cynthia H. Speetjens
ATTORNEY FOR DEFENDANT

8

# EXHIBIT 46

STATE OF MISSISSIPPI



JIM HOOD
ATTORNEY GENERAL

UNIVERSITIES
DIVISION

STEPHANIE L. GANUCHEAU
SPECIAL ASSISTANT ATTORNEY GENERAL

## MEMORANDUM

TO:      Dr. John Pearce, Associate Commissioner of Finance and Administration

FROM:    Stephanie L. Ganucheau, Special Assistant Attorney General

DATE:    October 9, 2017

RE:      USM Amended and Restated Lease with USM Athletic Foundation

Pursuant to your request, I have reviewed the proposed Amended and Restated Lease between the University of Southern Mississippi (USM) and the University of Southern Mississippi Athletic Foundation, for the construction of a wellness center and utilization of other under-utilized athletic space, and would make the following recommendation:

**Recommendation:  I recommend the attached lease for IHL Board approval.**

Please let me know if you have any questions.

cc:    Leigh Patterson
       Van Gillespie

UNIVERSITIES DIVISION – 3825 RIDGEWOOD ROAD – JACKSON, MS 39211
TELEPHONE 601.432.6781 • FACSIMILE 601.432.6317

# EXHIBIT 47

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**                                                              **PLAINTIFF**

**VS.**                                                              **CAUSE NO. 22-0-238(1-20)**

**JOHN DAVIS**

### ORDER OF NOLLE PROSEQUI

**CAME THIS DAY** to be heard the State's motion *ore tenus* to *nolle prosequi* the within
Cause and Jamie McBride, Assistant District Attorney, having appeared on behalf of the State of
Mississippi and the Court and being fully advised of the premises herein finds as follows:

1. On February 4, 2020, the Defendant, John Davis, was indicted by a Hinds County Grand
Jury in a five count indictment alleging that he committed the crimes of Conspiracy, three counts,
and Fraud in Public Office, one count, and Making False Statements, one count, in the within Cause.

2. On March 25, 2022, the Defendant, John Davis was re-indicted by a Hinds County Grand
Jury, in a superceding Indictment, in Hinds County Cause Nos. 22-0-238(1-20).

3. The State and Defense have announced that a global plea resolution has been reached
between the State, the federal authorities and the Defendant, John Davis, whereby the Defendant,
John Davis has agreed to fully cooperate, including providing truthful testimony at trial, with the
State and all federal authorities in the prosecution of any and all additional criminally charged
defendants, in State or Federal Court, for the criminal misuse of Federal TANF grant funds, State of
Mississippi Funds, Mississippi Community of Education Center funds or any other funds available
to or through the Mississippi Department of Human Services during his tenure as the Executive
Director of the Mississippi Department of Human Services. The State and the Defense have advised
the Court that pursuant to the global plea resolution, all parties have agreed that the Defendant, John
Davis will serve all of his incarcerated time in the custody of the Federal Bureau of Prisons.

4. On September 21, 2022 the United States unsealed an indictment against the Defendant,
John Davis, alleging the felony crimes of Conspiracy and Theft from Programs Receiving Federal
Funds, in violation of 18 U.S.C 371 and 18 U.S.C. 666. The State and the Defense have advised the
Court that the Defendant, John Davis will enter guilty pleas to the federal charges, with a
recommendation on the morning of September 22, 2022, in the United States District Court for the
Southern District of Mississippi.

5. The State and the Defense has announced to the Court that a plea agreement has been reached between the State and the Defendant, John Davis, whereby the Defendant, John Davis, will enter a guilty plea to five counts of Conspiracy and thirteen counts of Fraud Against the Government, in violation of Section 97-1-1 and 97-7-10 of the Mississippi Code Ann., with a recommendation from the State. The plea in State Court will occur be by way of a Bill of Information and is scheduled to take place before this Court on September 22, 2022, subsequent to the Defendant's federal guilty plea.

6. The State has advised the Court that in order to ensure that the Defendant, John Davis, is incarcerated on all of his charges in the custody of the Federal Bureau of Prisons it is necessary for the within Cause be dismissed and for the State to proceed on charges contained in a Bill of Information that is filed subsequent to the unsealing of the federal charges currently pending against the Defendant, John Davis, in the United States District Court for the Southern District of Mississippi, Cause Number 3:22CR1004.

**THEREFORE IT IS ORDERED AND ADJUDGED** that an Order of *Nolle Prosequi* with out prejudice in the above styled cause be and hereby is entered.

**SO ORDERED**, this the 21st day of September, 2022.

_____
CIRCUIT COURT JUDGE

**AGREED TO BY:**

STATE OF MISSISSIPPI

BY: _____
Jamie K. McBride, Assistant District Attorney

JOHN DAVIS

BY: _____
Merrida Coxwell, Esq.
Attorney for John Davis

# EXHIBIT 48

No SIM 📶   12:53 PM   22% 🔋



**Nancy** ›

Jan 9, 2020, 11:36 AM

# Thought I would just text instead of you having to call. I can imagine how busy you are today and I sincerely hate to bother you with this but there is no one at DHS to ask. We were recently told that our new con-

  iMessage 

      



Nancy >

that our new con-
tracts, effective Jan.
1 from DHS had been
pulled back and no
money would be  dis-
persed.  I don't have
to know the reason-
ing behind that nec-
essarily, but more im-
portantly, my
coworkers are trying
to keep the family
services going and in
fact, they don't know

   

      

No SIM 📶                    12:53 PM                    22% ▭

‹



**Nancy** ›

fact, they don't know that they are very close to losing their own jobs. Unfortunately, we are going to have to stop all of our services funded by DHS as we have exhausted all monies just trying to hold on. I will need to have my leadership lay off around 60-73 people. Also, we will

iMessage

Case: 25CI1-22-cv-00286-EFP   Document #: 140-48   Filed: 09/23/2022   Page 5 of 6



Nancy

people. Also, we will need to start closing our family first centers across the state by next week. DHS already owes my organization a huge amount of reimbursement from the previous contract. I can't borrow any more money to hold on. So in saying all of this, would you check














No SIM 🛜                    12:53 PM                  🔋 22%



Nancy ›

this, would you check on the status of those contracts under my name (MCEC) being executed with some operational monies soon?  Thank you so very much. N. New

