**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT**
**OF HINDS COUNTY, MISSISSIPPI**

**STATE OF MISSISSIPPI**                                                    **PLAINTIFF**

**VS.**                                                    **CAUSE NO. 22-0-238(1-20)**

**JOHN DAVIS**

### ORDER OF NOLLE PROSEQUI

**CAME THIS DAY** to be heard the State's motion *ore tenus* to *nolle prosequi* the within Cause and Jamie McBride, Assistant District Attorney, having appeared on behalf of the State of Mississippi and the Court and being fully advised of the premises herein finds as follows:

1. On February 4, 2020, the Defendant, John Davis, was indicted by a Hinds County Grand Jury in a five count indictment alleging that he committed the crimes of Conspiracy, three counts, and Fraud in Public Office, one count, and Making False Statements, one count, in the within Cause.

2. On March 25, 2022, the Defendant, John Davis was re-indicted by a Hinds County Grand Jury, in a superceding Indictment, in Hinds County Cause Nos. 22-0-238(1-20).

3. The State and Defense have announced that a global plea resolution has been reached between the State, the federal authorities and the Defendant, John Davis, whereby the Defendant, John Davis has agreed to fully cooperate, including providing truthful testimony at trial, with the State and all federal authorities in the prosecution of any and all additional criminally charged defendants, in State or Federal Court, for the criminal misuse of Federal TANF grant funds, State of Mississippi Funds, Mississippi Community of Education Center funds or any other funds available to or through the Mississippi Department of Human Services during his tenure as the Executive Director of the Mississippi Department of Human Services. The State and the Defense have advised the Court that pursuant to the global plea resolution, all parties have agreed that the Defendant, John Davis will serve all of his incarcerated time in the custody of the Federal Bureau of Prisons.

4. On September 21, 2022 the United States unsealed an indictment against the Defendant, John Davis, alleging the felony crimes of Conspiracy and Theft from Programs Receiving Federal Funds, in violation of 18 U.S.C 371 and 18 U.S.C. 666. The State and the Defense have advised the Court that the Defendant, John Davis will enter guilty pleas to the federal charges, with a recommendation on the morning of September 22, 2022, in the United States District Court for the Southern District of Mississippi.

**Exhibit V**

5.  The State and the Defense has announced to the Court that a plea agreement has been reached between the State and the Defendant, John Davis, whereby the Defendant, John Davis, will enter a guilty plea to five counts of Conspiracy and thirteen counts of Fraud Against the Government, in violation of Section 97-1-1 and 97-7-10 of the Mississippi Code Ann., with a recommendation from the State.  The plea in State Court will occur be by way of a Bill of Information and is scheduled to take place before this Court on September 22, 2022, subsequent to the Defendant's federal guilty plea.

6.  The State has advised the Court that in order to ensure that the Defendant, John Davis, is incarcerated on all of his  charges in the custody of the Federal Bureau of Prisons it is necessary for the within Cause be dismissed and for the State to proceed on charges contained in a Bill of Information that is filed subsequent to the unsealing of the federal charges currently pending against the Defendant, John Davis, in the United States District Court for the Southern District of Mississippi, Cause Number 3:22CR1004.

**THEREFORE IT IS ORDERED AND ADJUDGED** that an Order of *Nolle Prosequi* with out prejudice in the above styled cause be and hereby is entered.

**SO ORDERED**, this the ꝗ1ˢᵗ day of September, 2022.

CIRCUIT COURT JUDGE

**AGREED TO BY:**

STATE OF MISSISSIPPI

BY: _____
Jamie K. McBride, Assistant District Attorney

JOHN DAVIS

BY: _____
Merrida Coxwell, Esq.
Attorney for John Davis

## STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**     FIRST DISTRICT                    **CAUSE NO.** __22-0-238-01 AHW__

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPTEMBER__ term __2022__, of the Circuit Court, Judge __ADRIENNE H. WOOTEN__ presiding, the following named person _____ and sentenced to a term in the _state penitentiar_.

I. PRISONER'S NAME __JOHN DAVIS__                               ARREST # __25-19-9390__
   ALIAS _____                                   COUNTRY OF CITIZENSHIP _____
                                                   ALIEN/IMMIGRATION NO _____
   SS# __XXX-XX-7126__ DOB __3-2-68__ RACE __W__ SEX __M__ PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE __502 CHARLES ST__                          FBI NO _____
                        __BROOKHAVEN        MS__

II. CRIME __CONSPIRACY 97-1-1__
    DESCRIPTION OF CRIME:   See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE __09-22-22__  LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL __N/A__  REVOCATION __N/A__        RID ___ SHOCK ___
     ALCOHOL/DRUG TREATMENT ___

IV. FINE $__.00__ COURT COSTS $__.00__ RESTITUTION $__.00__ INDIGENT ___
    CONDITIONS OF PAYMENT:
    _____
    _____

V. DISPOSITION DATE __09-22-22__ DISPOSITION TYPE __NLPR__ - __NOLLE PROSEQUI__
   RELEASED ON BOND _____ TO _____
                    _____ TO _____
                    _____ TO _____

   CONFINED IN JAIL _____ TO _____
                    _____ TO _____
                    _____ TO _____

PRESENTLY HOUSED IN _____ JAIL

_signature_
ZACK WALLACE, CIRCUIT CLERK

__09-22-22__
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

CCTCMT1

**STATE OF MISSISSIPPI**
# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**     FIRST DISTRICT                    **CAUSE NO.** 22-0-238-02 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPTEMBER__ term 2022 , of the Circuit Court, Judge ADRIENNE H. WOOTEN
presiding, the following named person _____ and sentenced to a term in the state penitentiar .

I.  PRISONER'S NAME JOHN DAVIS _____ ARREST # 25-19-9390
    ALIAS _____                    COUNTRY OF CITIZENSHIP _____
    _____                  ALIEN/IMMIGRATION NO _____
    SS# XXX-XX-7126   DOB 3- 2-68   RACE W   SEX M   PLACE OF BIRTH _____
    LAST KNOWN RESIDENCE 502 CHARLES ST _____   FBI NO _____
                    BROOKHAVEN      MS

II. CRIME CONSPIRACY 97-1-1 _____
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE 09-22-22   LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL N/A   REVOCATION N/A _____   RID ____ SHOCK ____
     ALCOHOL/DRUG TREATMENT ____

IV. FINE $ .00   COURT COSTS $ .00   RESTITUTION $ .00   INDIGENT ____
    CONDITIONS OF PAYMENT:
    _____
    _____

V.  DISPOSITION DATE 09-22-22 DISPOSITION TYPE NLPR . NOLLE PROSEQUI _____
    RELEASED ON BOND _____ TO _____
                     _____ TO _____
                     _____ TO _____

    CONFINED IN JAIL _____ TO _____
                     _____ TO _____
                     _____ TO _____

PRESENTLY HOUSED IN _____ JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

09-22-22
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

CCTCMT1

## STATE OF MISSISSIPPI
## PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**     FIRST DISTRICT                          **CAUSE NO.** 22-0-238-03 AHW

### TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPTEMBER__ term 2022____, of the Circuit Court, Judge ADRIENNE H. WOOTEN presiding, the following named person _____ and sentenced to a term in the state penitentiar_____

I.  PRISONER'S NAME JOHN DAVIS _____     ARREST # 25-19-9390_____
   ALIAS _____     COUNTRY OF CITIZENSHIP _____
   _____     ALIEN/IMMIGRATION NO _____
   SS# XXX-XX-7126____ DOB__3- 2-68____ RACE __W__ SEX __M__ PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE __502 CHARLES ST_____ FBI NO _____
   _____BROOKHAVEN_____MS__

II.  CRIME __CONSPIRACY 97-1-1_____
   DESCRIPTION OF CRIME:  See Attached Indictment
   _____
   _____
   _____

III.  DATE OF SENTENCE _09-22-22___ LENGTH OF SENTENCE _____
   SUSPENDED _____
   TO SERVE _____
   PROBATION _____
   CONCURRENT TO _____
   CONSECUTIVE TO _____
   HABITUAL ___N/A_____ REVOCATION ____N/A_____ RID_____ SHOCK_____
   ALCOHOL/DRUG TREATMENT _____

IV.  FINE $_____.00___ COURT COSTS $_____.00___ RESTITUTION $_____.00____ INDIGENT_____
   CONDITIONS OF PAYMENT:
   _____
   _____

V.  DISPOSITION DATE _09-22-22_ DISPOSITION TYPE _NLPR_ . NOLLE PROSEQUI_____
   RELEASED ON BOND _____ TO _____
   _____ TO _____
   _____ TO _____

   CONFINED IN JAIL _____ TO _____
   _____ TO _____
   _____ TO _____

   PRESENTLY HOUSED _____ JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

_____09-22-22_____
DATE

**\*\* PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER \*\***

CCTCMT1

**STATE OF MISSISSIPPI**
# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**          FIRST DISTRICT                    **CAUSE NO.** 22-0-238-04 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the ___SEPTEMBER___ term 2022____, of the Circuit Court, Judge ADRIENNE H. WOOTEN
presiding, the following named person _____ and sentenced to a term in the state penitentiar_____.

I.  PRISONER'S NAME JOHN DAVIS                                    ARREST # 25-19-9390
    ALIAS _____          COUNTRY OF CITIZENSHIP _____
                                                       ALIEN/IMMIGRATION NO _____
    SS# XXX-XX-7126   DOB  3- 2-68   RACE  W   SEX  M   PLACE OF BIRTH _____
    LAST KNOWN RESIDENCE  502 CHARLES ST                          FBI NO _____
                          BROOKHAVEN          MS

II. CRIME  CONSPIRACY 97-1-1
    DESCRIPTION OF CRIME:   See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE  09-22-22   LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL  N/A    REVOCATION  N/A                 RID ____ SHOCK ____
     ALCOHOL/DRUG TREATMENT ____

IV. FINE $_____.00   COURT COSTS $_____.00   RESTITUTION $_____.00   INDIGENT ____
    CONDITIONS OF PAYMENT:
    _____
    _____

V.  DISPOSITION DATE  09-22-22   DISPOSITION TYPE  NLPR  -  NOLLE PROSEQUI
    RELEASED ON BOND _____ TO _____
                     _____ TO _____
                     _____ TO _____

    CONFINED IN JAIL _____ TO _____
                     _____ TO _____
                     _____ TO _____

    PRESENTLY HOUSED IN _____ JAIL

                                      _____
                                      ZACK WALLACE, CIRCUIT CLERK

                                      _____09-22-22_____
                                              DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

CCTCMT1

# STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**      FIRST DISTRICT      **CAUSE NO.** 22-0-238-05 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the ___SEPTEMBER___ term 2022 , of the Circuit Court, Judge ADRIENNE H. WOOTEN presiding, the following named person _____ and sentenced to a term in the state penitentiar

I. PRISONER'S NAME JOHN DAVIS      ARREST # 25-19-9390

     ALIAS _____      COUNTRY OF CITIZENSHIP _____

     _____ ALIEN/IMMIGRATION NO _____

     SS# XXX-XX-7126 DOB 3- 2-68 RACE W SEX M PLACE OF BIRTH _____

     LAST KNOWN RESIDENCE 502 CHARLES ST _____ FBI NO _____

     BROOKHAVEN      MS

II. CRIME CONSPIRACY 97-1-1

     DESCRIPTION OF CRIME: See Attached Indictment

III. DATE OF SENTENCE 09-22-22 LENGTH OF SENTENCE _____

     SUSPENDED _____

     TO SERVE _____

     PROBATION _____

     CONCURRENT TO _____

     CONSECUTIVE TO _____

     HABITUAL N/A REVOCATION N/A RID ___ SHOCK ___

     ALCOHOL/DRUG TREATMENT ___

IV. FINE $ .00 COURT COSTS $ .00 RESTITUTION $ .00 INDIGENT ___

     CONDITIONS OF PAYMENT:

V. DISPOSITION DATE 09-22-22 DISPOSITION TYPE NLPR . NOLLE PROSEQUI

     RELEASED ON BOND _____ TO _____

     _____ TO _____

     _____ TO _____

     CONFINED IN JAIL _____ TO _____

     _____ TO _____

     _____ TO _____

PRESENTLY HOUSED IN _____ JAIL

ZACK WALLACE, CIRCUIT CLERK

09-22-22
DATE

**\*\* PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT, INDICTMENT, APPEAL, BOND, OR WAIVER \*\***

CCTCMT1

**STATE OF MISSISSIPPI**
# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**      FIRST DISTRICT                      **CAUSE NO.** 22-0-238-06 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPTEMBER__ term _2022___, of the Circuit Court, Judge ADRIENNE H. WOOTEN
presiding, the following named person _____ and sentenced to a term in the state penitentiar ____.

I.  PRISONER'S NAME JOHN DAVIS _____        ARREST # 25-19-9390
    ALIAS_____      COUNTRY OF CITIZENSHIP _____
                                                ALIEN/IMMIGRATION NO _____
    SS# XXX-XX-7126 __ DOB _3- 2-68__ RACE _W__ SEX _M__ PLACE OF BIRTH _____
    LAST KNOWN RESIDENCE _502 CHARLES ST _____      FBI NO _____
                          BROOKHAVEN ____ MS _

II. CRIME _BRIBERY 97-11-53 _____
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE _09-22-22__ LENGTH OF SENTENCE _____
    SUSPENDED _____
    TO SERVE _____
    PROBATION _____
    CONCURRENT TO _____
    CONSECUTIVE TO _____
    HABITUAL _N/A_____ REVOCATION _N/A_____ RID ____ SHOCK ____
    ALCOHOL/DRUG TREATMENT ____

IV. FINE $_____.00_ COURT COSTS $_____.00_ RESTITUTION $_____.00___ INDIGENT____
    CONDITIONS OF PAYMENT:
    _____
    _____

V.  DISPOSITION DATE _09-22-22_ DISPOSITION TYPE _NLPR_ . _NOLLE PROSEQUI _____
    RELEASED ON BOND _____ TO _____
                     _____ TO _____
                     _____ TO _____

    CONFINED IN JAIL _____ TO _____
                     _____ TO _____
                     _____ TO _____

PRESENTLY _____ JAIL

                                    _Latya Willun_____
                                    ZACK WALLACE, CIRCUIT CLERK

                                    ____09-22-22_____
                                              DATE

**\*\* PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER \*\***

CCTCMT1

**STATE OF MISSISSIPPI**

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**     FIRST DISTRICT                    **CAUSE NO.** 22-0-238-07 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the _____SEPTEMBE____ term 2022_____, of the Circuit Court, Judge ADRIENNE H. WOOTEN
presiding, the following named person _____ and sentenced to a term in the state penitentiar _____.

I. PRISONER'S NAME JOHN DAVIS _____ ARREST # 25-19-9390 _____
   ALIAS _____ COUNTRY OF CITIZENSHIP _____
   _____ ALIEN/IMMIGRATION NO _____
   SS# XXX-XX-7126 ___ DOB 3- 2-68 ___ RACE W ___ SEX M ___ PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE 502 CHARLES ST _____ FBI NO _____
                        BROOKHAVEN _____ MS

II. CRIME BRIBERY 97-11-53 _____
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE 09-22-22 ___ LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL N/A _____ REVOCATION N/A _____ RID ____ SHOCK ____
     ALCOHOL/DRUG TREATMENT ____

IV. FINE $_____ .00 ___ COURT COSTS $_____ .00 ___ RESTITUTION $_____ .00 ___ INDIGENT ____
    CONDITIONS OF PAYMENT:
    _____
    _____

V. DISPOSITION DATE 09-22-22 ___ DISPOSITION TYPE NLPR - NOLLE PROSEQUI _____
   RELEASED ON BOND _____ TO _____
   _____ TO _____
   _____ TO _____

   CONFINED IN JAIL _____ TO _____
   _____ TO _____
   _____ TO _____

PRESENTLY HOUSED IN _____ JAIL

_Latyu Webu_
ZACK WALLACE, CIRCUIT CLERK

_____ 09-22-22 _____
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

CCTCMT1

# STATE OF MISSISSIPPI
# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**      FIRST DISTRICT                    **CAUSE NO.** 22-0-238-08 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the **SEPTEMBER** term 2022, of the Circuit Court, Judge **ADRIENNE H. WOOTEN**
presiding, the following named person _____ and sentenced to a term in the state penitentiar

I.   PRISONER'S NAME **JOHN DAVIS** _____      ARREST # 25-19-9390
     ALIAS _____                          COUNTRY OF CITIZENSHIP _____
     _____                                ALIEN/IMMIGRATION NO _____
     SS# XXX-XX-7126   DOB  3 - 2-68   RACE  W   SEX  M   PLACE OF BIRTH _____
     LAST KNOWN RESIDENCE  502 CHARLES ST _____      FBI NO _____
                          BROOKHAVEN        MS

II.  CRIME  BRIBERY 97-11-53 _____
     DESCRIPTION OF CRIME:  See Attached Indictment
     _____
     _____
     _____

III. DATE OF SENTENCE  09-22-22   LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL  N/A   REVOCATION  N/A _____   RID ____ SHOCK ____
     ALCOHOL/DRUG TREATMENT ____

IV.  FINE $ .00   COURT COSTS $ .00   RESTITUTION $ .00   INDIGENT ____
     CONDITIONS OF PAYMENT:
     _____
     _____

V.   DISPOSITION DATE  09-22-22   DISPOSITION TYPE  NLPR . NOLLE PROSEQUI _____
     RELEASED ON BOND _____      TO _____
                     _____      TO _____
                     _____      TO _____

     CONFINED IN JAIL _____      TO _____
                     _____      TO _____
                     _____      TO _____

PRESENTLY HOUSED IN _____      JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

09-22-22
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

CCTCMT1

STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**     FIRST DISTRICT                    CAUSE NO. __22-0-238-09 AHW__

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPTEMBER__ term __2022__, of the Circuit Court, Judge __ADRIENNE H. WOOTEN__ presiding, the following named person _____ and sentenced to a term in the __state penitentiar__

I. PRISONER'S NAME __JOHN DAVIS__                                ARREST # __25-19-9390__
   ALIAS _____                                           COUNTRY OF CITIZENSHIP _____
                                                                ALIEN/IMMIGRATION NO _____
   SS# __XXX-XX-7126__   DOB __3- 2-68__   RACE __W__  SEX __M__  PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE __502 CHARLES ST__                       FBI NO _____
                         __BROOKHAVEN       MS__

II. CRIME __BRIBERY 97-11-53__
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE __09-22-22__   LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL __N/A__   REVOCATION __N/A__                RID ____ SHOCK ____
     ALCOHOL/DRUG TREATMENT ____

IV. FINE $____.00  COURT COSTS $____.00  RESTITUTION $____.00  INDIGENT ____
    CONDITIONS OF PAYMENT:
    _____
    _____

V. DISPOSITION DATE __09-22-22__ DISPOSITION TYPE __NLPR__ - __NOLLE PROSEQUI__
   RELEASED ON BOND _____ TO _____
                    _____ TO _____
                    _____ TO _____

   CONFINED IN JAIL _____ TO _____
                    _____ TO _____
                    _____ TO _____

PRESENTLY HOUSED IN _____ JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

__09-22-22__
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

CCTCMT1

STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**    FIRST DISTRICT    **CAUSE NO.** 22-0-238-10 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the **SEPTEMBER** term 2022, of the Circuit Court, Judge **ADRIENNE H. WOOTEN** presiding, the following named person _____ and sentenced to a term in the state penitentiar _____.

I. PRISONER'S NAME JOHN DAVIS _____    ARREST # 25-19-9390 _____
   ALIAS _____    COUNTRY OF CITIZENSHIP _____
   _____    ALIEN/IMMIGRATION NO _____
   SS# XXX-XX-7126    DOB 3-2-68    RACE W    SEX M    PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE 502 CHARLES ST    FBI NO _____
   BROOKHAVEN    MS

II. CRIME BRIBERY 97-11-53 _____
   DESCRIPTION OF CRIME: See Attached Indictment
   _____
   _____
   _____

III. DATE OF SENTENCE 09-22-22    LENGTH OF SENTENCE _____
   SUSPENDED _____
   TO SERVE _____
   PROBATION _____
   CONCURRENT TO _____
   CONSECUTIVE TO _____
   HABITUAL N/A    REVOCATION N/A    RID ____    SHOCK ____
   ALCOHOL/DRUG TREATMENT ____

IV. FINE $_____.00    COURT COSTS $_____.00    RESTITUTION $_____.00    INDIGENT ____
   CONDITIONS OF PAYMENT:
   _____
   _____

V. DISPOSITION DATE 09-22-22    DISPOSITION TYPE NLPR - NOLLE PROSEQUI _____
   RELEASED ON BOND _____    TO _____
   _____    TO _____
   _____    TO _____

   CONFINED IN JAIL _____    TO _____
   _____    TO _____
   _____    TO _____

PRESENTLY HOUSED IN _____ JAIL

ZACK WALLACE, CIRCUIT CLERK

09-22-22
DATE

**\*\* PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT, INDICTMENT, APPEAL, BOND, OR WAIVER \*\***

CCTCMT1

STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**      FIRST DISTRICT                    CAUSE NO. __22-0-238-11 AHW__

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPTEMBER__ term __2022__, of the Circuit Court, Judge __ADRIENNE H. WOOTEN__
presiding, the following named person _____ and sentenced to a term in the _state penitentiar_.

I. PRISONER'S NAME __JOHN DAVIS__                          ARREST # __25-19-9390__
   ALIAS _____                     COUNTRY OF CITIZENSHIP _____
                                                ALIEN/IMMIGRATION NO _____
   SS# __XXX-XX-7126__  DOB __3- 2-68__  RACE __W__  SEX __M__  PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE __502 CHARLES ST__                         FBI NO _____
                        __BROOKHAVEN__      __MS__

II. CRIME __BRIBERY 97-11-53__
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE __09-22-22__  LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL __N/A__  REVOCATION __N/A__               RID ___ SHOCK ___
     ALCOHOL/DRUG TREATMENT ___

IV. FINE $ __.00__  COURT COSTS $ __.00__  RESTITUTION $ __.00__  INDIGENT ___
    CONDITIONS OF PAYMENT:
    _____
    _____

V. DISPOSITION DATE __09-22-22__ DISPOSITION TYPE __NLPR__ . __NOLLE PROSEQUI__
   RELEASED ON BOND _____ TO _____
                    _____ TO _____
                    _____ TO _____

   CONFINED IN JAIL _____ TO _____
                    _____ TO _____
                    _____ TO _____

PRESENTLY HOUSED IN _____ JAIL

ZACK WALLACE, CIRCUIT CLERK

__09-22-22__
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

CCTCMT1

**STATE OF MISSISSIPPI**
# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**          FIRST DISTRICT                    **CAUSE NO.** _22-0-238-12 AHW_

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the _SEPTEMBER_ term _2022_, of the Circuit Court, Judge _ADRIENNE H. WOOTEN_
presiding, the following named person _____ and sentenced to a term in the _state penitentiar_.

I.  PRISONER'S NAME _JOHN DAVIS_ _____ ARREST # _25-19-9390_
   ALIAS _____
   _____ COUNTRY OF CITIZENSHIP _____
   _____ ALIEN/IMMIGRATION NO _____
   SS# _XXX-XX-7126_  DOB _3- 2-68_  RACE _W_  SEX _M_  PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE _502 CHARLES ST_ _____ FBI NO _____
   _____ _BROOKHAVEN_      _MS_

II. CRIME _BRIBERY 97-11-53_ _____
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE _09-22-22_  LENGTH OF SENTENCE _____
    SUSPENDED _____
    TO SERVE _____
    PROBATION _____
    CONCURRENT TO _____
    CONSECUTIVE TO _____
    HABITUAL _N/A_  REVOCATION _N/A_ _____ RID ___ SHOCK ___
    ALCOHOL/DRUG TREATMENT ___

IV. FINE $____.00  COURT COSTS $____.00  RESTITUTION $____.00  INDIGENT ___
    CONDITIONS OF PAYMENT:
    _____
    _____

V.  DISPOSITION DATE _09-22-22_  DISPOSITION TYPE _NLPR_ - _NOLLE PROSEQUI_ _____
    RELEASED ON BOND _____ TO _____
    _____ TO _____
    _____ TO _____

    CONFINED IN JAIL _____ TO _____
    _____ TO _____
    _____ TO _____

PRESENTLY HOUSED _____ JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

_09-22-22_
DATE

**\*\* PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER \*\***

CCTCMT1

**STATE OF MISSISSIPPI**

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**    FIRST DISTRICT    **CAUSE NO.** 22-0-238-13 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPTEMBER__ term 2022____, of the Circuit Court, Judge ADRIENNE H. WOOTEN
presiding, the following named person _____ and sentenced to a term in the state penitentiar ____

I. PRISONER'S NAME JOHN DAVIS _____    ARREST # 25-19-9390 ____
   ALIAS _____    COUNTRY OF CITIZENSHIP _____
                                          ALIEN/IMMIGRATION NO _____
   SS# XXX-XX-7126 __ DOB 3- 2-68 __ RACE W __ SEX M __ PLACE OF BIRTH _____
   LAST KNOWN RESIDENCE 502 CHARLES ST _____    FBI NO _____
                        BROOKHAVEN     MS

II. CRIME BRIBERY 97-11-53 _____
    DESCRIPTION OF CRIME:   See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE 09-22-22 __ LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL N/A __ REVOCATION N/A _____    RID ____ SHOCK ____
     ALCOHOL/DRUG TREATMENT ____

IV. FINE $ _____ .00 __ COURT COSTS $ _____ .00 __ RESTITUTION $ _____ .00 __ INDIGENT ____
    CONDITIONS OF PAYMENT:
    _____
    _____

V. DISPOSITION DATE 09-22-22 __ DISPOSITION TYPE NLPR __ - NOLLE PROSEQUI _____
   RELEASED ON BOND _____    TO _____
   _____    TO _____
   _____    TO _____

   CONFINED IN JAIL _____    TO _____
   _____    TO _____
   _____    TO _____

PRESENTLY HOUSED IN _____    JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

09-22-22
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

CCTCMT1

## STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**        FIRST DISTRICT                    **CAUSE NO.** 22-0-238-14 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the ___SEPTEMBER___ term 2022_____, of the Circuit Court, Judge ADRIENNE H. WOOTEN
presiding, the following named person _____ and sentenced to a term in the state penitentiar_____

I.  PRISONER'S NAME JOHN DAVIS _____ ARREST # 25-19-9390____
    ALIAS _____    COUNTRY OF CITIZENSHIP_____
    _____    ALIEN/IMMIGRATION NO _____
    SS# XXX-XX-7126___ DOB _3- 2-68__ RACE _W_ SEX _M_ PLACE OF BIRTH _____
    LAST KNOWN RESIDENCE _502 CHARLES ST_____ FBI NO _____
        BROOKHAVEN     MS

II.  CRIME BRIBERY 97-11-53_____
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III.  DATE OF SENTENCE _09-22-22_ LENGTH OF SENTENCE _____
    SUSPENDED _____
    TO SERVE _____
    PROBATION _____
    CONCURRENT TO _____
    CONSECUTIVE TO _____
    HABITUAL _N/A___ REVOCATION ___N/A_____ RID____ SHOCK____
    ALCOHOL/DRUG TREATMENT ____

IV.  FINE $_____.00__ COURT COSTS $_____.00__ RESTITUTION $_____.00__ INDIGENT____
    CONDITIONS OF PAYMENT:
    _____
    _____

V.  DISPOSITION DATE _09-22-22_ DISPOSITION TYPE NLPR_ - NOLLE PROSEQUI_____
    RELEASED ON BOND _____ TO _____
    _____ TO _____
    _____ TO _____

    CONFINED IN JAIL _____ TO _____
    _____ TO _____
    _____ TO _____

PRESENT _____ JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

_____09-22-22_____
DATE

**\*\* PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER \*\***

CCTCMT1

## STATE OF MISSISSIPPI
# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**   FIRST DISTRICT

CAUSE NO. _22-0-238-15 AHW_

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the ___SEPTEMBER___ term _2022___, of the Circuit Court, Judge ADRIENNE H. WOOTEN
presiding, the following named person _____ and sentenced to a term in the state penitentiar___.

I. PRISONER'S NAME _JOHN DAVIS_____
   ALIAS _____ ARREST # _25-19-9390_
   _____ COUNTRY OF CITIZENSHIP _____
   SS# _XXX-XX-7126___ DOB _3- 2-68___ RACE _W__ SEX _M_ ALIEN/IMMIGRATION NO _____
   LAST KNOWN RESIDENCE _502 CHARLES ST_____ PLACE OF BIRTH _____
   _____BROOKHAVEN_____MS_____ FBI NO _____

II. CRIME _BRIBERY 97-11-53_____
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE _09-22-22___ LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL ___N/A___ REVOCATION ___N/A_____
     ALCOHOL/DRUG TREATMENT _____                    RID ___ SHOCK ___

IV. FINE $_____.00_ COURT COSTS $_____.00_ RESTITUTION $_____.00_ INDIGENT ___
    CONDITIONS OF PAYMENT:
    _____
    _____

V. DISPOSITION DATE _09-22-22__ DISPOSITION TYPE _NLPR_ - _NOLLE PROSEQUI_____
   RELEASED ON BOND _____
   _____ TO _____
   _____ TO _____
   _____ TO _____
   CONFINED IN JAIL _____
   _____ TO _____
   _____ TO _____
   _____ TO _____

PRESENTLY HOUSED IN _____ JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

_____09-22-22_____
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

MT1

STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**   FIRST DISTRICT

CAUSE NO. _22-0-238-16 AHW_

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPREMBER__ term _2022_ of the Circuit Court, Judge _ADRIENNE H. WOOTEN_ presiding, the following named person ____ and sentenced to a term in the _state penitentiar_

I. PRISONER'S NAME _JOHN DAVIS_
   ALIAS ____
   ARREST # _25-19-9390_
   SS# _XXX-XX-7126_   DOB _3-2-68_   RACE _W_ SEX _M_   COUNTRY OF CITIZENSHIP ____
   LAST KNOWN RESIDENCE _502 CHARLES ST_   ALIEN/IMMIGRATION NO ____
   _BROOKHAVEN_   _MS_   PLACE OF BIRTH ____
   FBI NO ____

II. CRIME _CONSPIRACY 97-1-1_
    DESCRIPTION OF CRIME:   See Attached Indictment

III. DATE OF SENTENCE _09-22-22_   LENGTH OF SENTENCE ____
    SUSPENDED ____
    TO SERVE ____
    PROBATION ____
    CONCURRENT TO ____
    CONSECUTIVE TO ____
    HABITUAL _N/A_   REVOCATION _N/A_
    ALCOHOL/DRUG TREATMENT ____   RID ____ SHOCK ____

IV. FINE $____.00 COURT COSTS $____.00   RESTITUTION $____.00   INDIGENT ____
    CONDITIONS OF PAYMENT:

V. DISPOSITION DATE _09-22-22_ DISPOSITION TYPE _NLPR_ - _NOLLE PROSEQUI_
   RELEASED ON BOND ____
   ____ TO ____
   ____ TO ____
   ____ TO ____
   CONFINED IN JAIL ____
   ____ TO ____
   ____ TO ____
   ____ TO ____
   PRISONER HOUSED IN ____
   ____ JAIL

ZACK WALLACE, CIRCUIT CLERK

_09-22-22_
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT, INDICTMENT, APPEAL, BOND, OR WAIVER **

STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**        FIRST DISTRICT

CAUSE NO. _22-0-238-17 AHW_

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the _SEPTEMBER_ term _2022_, of the Circuit Court, Judge _ADRIENNE H. WOOTEN_ presiding, the following named person _____ and sentenced to a term in the _state penitentiar_.

I.   PRISONER'S NAME _JOHN DAVIS_

     ALIAS _____                                                ARREST # _25-19-9390_

                                                                                COUNTRY OF CITIZENSHIP _____

     SS# _XXX-XX-7126_ DOB _3- 2-68_ RACE _W_ SEX _M_   ALIEN/IMMIGRATION NO _____

     LAST KNOWN RESIDENCE _502 CHARLES ST_                    PLACE OF BIRTH _____

                            _BROOKHAVEN_      _MS_                            FBI NO _____

II.  CRIME _FRAUDULENT STATEMENT 97-7-10_

     DESCRIPTION OF CRIME: See Attached Indictment

     _____

     _____

     _____

III. DATE OF SENTENCE _09-22-22_ LENGTH OF SENTENCE _____

     SUSPENDED _____

     TO SERVE _____

     PROBATION _____

     CONCURRENT TO _____

     CONSECUTIVE TO _____

     HABITUAL _N/A_     REVOCATION _N/A_

     ALCOHOL/DRUG TREATMENT _____   RID ____ SHOCK ____

IV.  FINE $_____.00_ COURT COSTS $_____.00_ RESTITUTION $_____.00_ INDIGENT ____

     CONDITIONS OF PAYMENT:

     _____

     _____

V.   DISPOSITION DATE _09-22-22_ DISPOSITION TYPE _NLPR_ - _NOLLE PROSEQUI_

     RELEASED ON BOND _____

                      _____ TO _____

                      _____ TO _____

                      _____ TO _____

     CONFINED IN JAIL _____

                      _____ TO _____

                      _____ TO _____

                      _____ TO _____

     PRESENTLY HOUSED IN _____

                                                           _____ JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

_09-22-22_
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT, INDICTMENT, APPEAL, BOND, OR WAIVER **

# STATE OF MISSISSIPPI

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**          FIRST DISTRICT

CAUSE NO. 22-0-238-18 AHW

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the SEPTEMBER term 2022 of the Circuit Court, Judge ADRIENNE H. WOOTEN presiding, the following named person _____ and sentenced to a term in the state penitentiar _____

I. PRISONER'S NAME JOHN DAVIS
   ALIAS _____                                    ARREST # 25-19-9390
                                                    COUNTRY OF CITIZENSHIP _____
   SS# XXX-XX-7126   DOB 3- 2-68   RACE W  SEX M   ALIEN/IMMIGRATION NO _____
   LAST KNOWN RESIDENCE 502 CHARLES ST              PLACE OF BIRTH _____
   BROOKHAVEN          MS                           FBI NO _____

II. CRIME CONSPIRACY 97-1-1
    DESCRIPTION OF CRIME:  See Attached Indictment

III. DATE OF SENTENCE 09-22-22  LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL N/A   REVOCATION N/A
     ALCOHOL/DRUG TREATMENT _____          RID _____ SHOCK _____

IV. FINE $_____.00  COURT COSTS $_____.00  RESTITUTION $_____.00  INDIGENT ____
    CONDITIONS OF PAYMENT:

V. DISPOSITION DATE 09-22-22  DISPOSITION TYPE NLPR . NOLLE PROSEQUI
   RELEASED ON BOND _____
                                    TO _____
                                    TO _____
                                    TO _____
   CONFINED IN JAIL _____
                                    TO _____
                                    TO _____
                                    TO _____
   PRESENTLY HOUSED IN _____
                                                    JAIL

ZACK WALLACE, CIRCUIT CLERK

09-22-22
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT, INDICTMENT, APPEAL, BOND, OR WAIVER **

**STATE OF MISSISSIPPI**

# PRISONER COMMITMENT NOTICE

**COUNTY OF HINDS**       FIRST DISTRICT

CAUSE NO. __22-0-238-19 AHW__

## TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the __SEPTEMBER__ term __2022__, of the Circuit Court, Judge __ADRIENNE H. WOOTEN__ presiding, the following named person _____ and sentenced to a term in the __state penitentiar__.

I. PRISONER'S NAME __JOHN DAVIS__
   ALIAS _____ ARREST # __25-19-9390__
                                                    COUNTRY OF CITIZENSHIP _____
   SS# __XXX-XX-7126__ DOB __3- 2-68__ RACE __W__ SEX __M__  ALIEN/IMMIGRATION NO _____
   LAST KNOWN RESIDENCE __502 CHARLES ST__       PLACE OF BIRTH _____
                __BROOKHAVEN__      __MS__       FBI NO _____

II. CRIME __FRAUDULENT STATEMENT 97-7-10__
    DESCRIPTION OF CRIME:  See Attached Indictment
    _____
    _____
    _____

III. DATE OF SENTENCE __09-22-22__ LENGTH OF SENTENCE _____
     SUSPENDED _____
     TO SERVE _____
     PROBATION _____
     CONCURRENT TO _____
     CONSECUTIVE TO _____
     HABITUAL __N/A__ REVOCATION __N/A__
     ALCOHOL/DRUG TREATMENT ____  RID ____ SHOCK ____

IV. FINE $____.00 COURT COSTS $____.00 RESTITUTION $____.00 INDIGENT ____
    CONDITIONS OF PAYMENT:
    _____
    _____

V. DISPOSITION DATE __09-22-22__ DISPOSITION TYPE __NLPR__ - __NOLLE PROSEQUI__
   RELEASED ON BOND _____ TO _____
   _____ TO _____
   _____ TO _____
   CONFINED IN JAIL _____ TO _____
   _____ TO _____
   _____ TO _____
   PRESENTLY _____ JAIL



__ZACK WALLACE, CIRCUIT CLERK__

__09-22-22__
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

# STATE OF MISSISSIPPI
## PRISONER COMMITMENT NOTICE

COUNTY OF HINDS      FIRST DISTRICT

CAUSE NO. 22-0-238-20 AHW

# TO THE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS

You are hereby notified that at the SEPTEMBER term 2022, of the Circuit Court, Judge ADRIENNE H. WOOTEN presiding, the following named person _____ and sentenced to a term in the state penitentiar .

I. PRISONER'S NAME JOHN DAVIS
ALIAS _____ ARREST # 25-19-9390
_____ COUNTRY OF CITIZENSHIP _____
SS# XXX-XX-7126 DOB 3- 2-68 RACE W SEX M  ALIEN/IMMIGRATION NO _____
LAST KNOWN RESIDENCE 502 CHARLES ST  PLACE OF BIRTH _____
BROOKHAVEN     MS  FBI NO _____

II. CRIME FRAUDULENT STATEMENT 97-7-10
DESCRIPTION OF CRIME:  See Attached Indictment
_____
_____
_____

III. DATE OF SENTENCE 09-22-22  LENGTH OF SENTENCE _____
SUSPENDED _____
TO SERVE _____
PROBATION _____
CONCURRENT TO _____
CONSECUTIVE TO _____
HABITUAL N/A  REVOCATION N/A
ALCOHOL/DRUG TREATMENT ____  RID ____ SHOCK ____

IV. FINE $_____.00 COURT COSTS $_____.00 RESTITUTION $_____.00 INDIGENT ____
CONDITIONS OF PAYMENT:
_____
_____

V. DISPOSITION DATE 09-22-22 DISPOSITION TYPE NLPR - NOLLE PROSEQUI
RELEASED ON BOND _____
_____ TO _____
_____ TO _____
_____ TO _____
CONFINED IN JAIL _____
_____ TO _____
_____ TO _____
_____ TO _____
PRESENTLY HOUSED IN _____ JAIL

_____
ZACK WALLACE, CIRCUIT CLERK

_____
09-22-22
DATE

** PLEASE COMPLETE ALL INFORMATION AND INCLUDE A COPY OF THE JUDGMENT,
INDICTMENT, APPEAL, BOND, OR WAIVER **

MT1