Case 2:23-cv-00045-KS-MTP   Document 16-25   Filed 04/28/23   Page 1 of 2

4/26/23, 2:35 PM                    Brett Favre: New report includes texts that show former QB's role in Mississippi welfare fraud - Sports Illustrated

FANNATION   SI SWIMSUIT   THE SPUN   SI SPORTSBOOK   SI TICKETS   SI SHOP                                                SUBSCRIBE

Home   Scores   Schedule   Standings   Teams   Stats   Injuries   Transactions   Odds   Futures   FanNation↗   T

# Report: Texts Show Brett Favre's Role in Mississippi Welfare Fraud Scandal

**DANIEL CHAVKIN · APR 8, 2022**

A new report by Anna Wolfe of *Mississippi Today* claims former NFL quarterback Brett Favre allegedly used his political and business connections to collect taxpayer funds for his preferred organizations.

Favre reportedly used "special access" to Mississippi governor Phil Bryant and other power players who accessed the state's welfare funds to get millions of dollars for organizations he preferred. Among Favre's influences were $5 million in grant funds for the University of Southern Mississippi's new volleyball court and $2.15 million million in "allegedly stolen funds" from the Mississippi Department of Human Services to a pharmaceutical company that Favre backs called Prevacus.

Favre also allegedly took $1.1 million in welfare funds for himself.

However, the allegations go well beyond just helping decide who gets how much money. Favre allegedly offered to give Bryant and non-profit director Nancy New shares in Prevacus, and he wanted those two figures to help him pay off money he owed to the University of Southern Mississippi.

Through Mississippi's entire welfare scandal that is being audited, at least $8 million are reportedly connected to Favre's actions. He already paid back almost all of the $1 million he earned as the spokesman for the Families First for Mississippi program, but has reportedly not paid back the more than $200,000 in interest he owes on the money.

Mississippi Department of Human Services director Bob Anderson previously said he is waiting for approval from the attorney general to officially file civil charges against Favre and others, per Wolfe.

Initially, Favre denied any knowledge of any misusing of funds, but *Mississippi Today* found text messages that say the contrary.

**Exhibit X**

Case 2:23-cv-00045-KS-MTP   Document 16-25   Filed 04/28/23   Page 2 of 2

4/26/23, 2:35 PM                    Brett Favre: New report includes texts that show former QB's role in Mississippi welfare fraud - Sports Illustrated

In 2018, Prevacus owner Jake VanLandingham, Favre's business partner, reportedly texted Favre to "ask the Governor what the rules are to compensate him."

"Group text the governor and tell him we want to give him shares but don't want to get anyone in trouble," Favre responded in a text.

Additionally, Favre allegedly texted then-MDHS director John Davis that he and New could help Favre pay off the University of Southern Mississippi.

"We value you Brett and are willing to always be supportive. Did not look at it as sticking our neck out as much as helping a friend and potentially many many more who are in need if treatment," Davis texted back.

There are more text messages that reportedly show Favre is complicit with all of these allegations, which also include buying Davis a Ford F-150 Raptor and trying to get the University of Southern Mississippi to finance Prevacus in order to earn stocks.

Favre's goal was to increase his personal wealth.

"Call me crazy but my goal is to take home 20 million when it's all said and done," Favre reportedly texted Vanlandingham.

This report is only the first part of *Mississippi Today*'s "The Backchannel" series, an investigation into Governor Bryant's role in "the largest public embezzlement scheme in state history."