SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 01 2023

ARTHUR JOHNSTON
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | | |
|---|---|---|
| BRETT LORENZO FAVRE, | ) | |
| | ) | Case No. 2:23-cv-45-KS-MTP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK JUSTIN MCAFEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF CONVENTIONAL FILING

Please take notice that Exhibit A to Defendant's Motion to Dismiss Plaintiff's Amended

Complaint (a disk containing an excerpted segment of The Pat McAfee Show's November 30,

2022 broadcast, available in full at https://www.youtube.com/watch?v=ArwPSlqi1oU) cannot be

filed electronically.  A placeholder exhibit has been filed electronically as an attachment to the

Motion.  This Notice of Conventional Filing and the disk (Exhibit A) are being conventionally

filed by U.S. Mail to the Clerk's Office for the Eastern Division, William M. Colmer Federal

Building & United States Courthouse, 701 North Main Street, Suite 200, Hattiesburg, MS 39401.

A true and correct copy of the disk has been served via U.S. Mail on counsel for Plaintiff.

Dated:  April 28, 2023

Respectfully submitted,

Sarah A. Decker (admitted *pro hac vice*)
Thomas J. Smith (admitted *pro hac vice*)
Curtis B. Krasik (admitted *pro hac vice*)
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone:  412.355.6500
Fax:  412.355.6501

sarah.decker@klgates.com
thomas.smith@klgates.com
curtis.krasik@klgates.com

Alex Purvis (MSB 100673)
Michael Williams (MSB 104537)
James Stephen Fritz, Jr. (MSB 105936)
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Jackson Place
188 E Capitol Street, Ste 1000
Jackson, MS 39201
apurvis@bradley.com
mcwilliams@bradley.com
sfritz@bradley.com

*Counsel for Defendant Patrick Justin McAfee*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I caused the foregoing and a disk containing the above-referenced exhibit to be sent, via U.S. Mail, for conventional filing in the Clerk's Office for the Eastern Division, William M. Colmer Federal Building & United States Courthouse, 701 North Main Street, Suite 200, Hattiesburg, MS 39401.

I further certify that on March 31, 2023, I caused a copy of the foregoing and a disk identical to that conventionally filed in the Clerk's Office to be served on all counsel of record via U.S. Mail to:

Michael J. Shemper
MICHAEL J. SHEMPER, PLLC
140 Mayfair Road, Suite 1200
Hattiesburg, MS 39402
michael@shemperlaw.com

James Robert "Bob" Sullivan, Jr.
SULLIVAN & SULLIVAN, PLLC
424 Sawmill Road
P.O. Box 45
Laurel, MS 39441
bob@sst-lawoffice.com

Eric D. Herschmann
210 Lavaca Street
Austin, TX 78701
EDHNotice@gmail.com

Daniel R. Benson
Jennifer M. McDougall
Daniel J. Koevary
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
dbenson@kasowitz.com
jmcdougall@kasowitz.com
dkoevary@kasowitz.com

James Stephen Fritz Jr.