# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | |
|---|---|
| BRETT LORENZO FAVRE,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK JUSTIN MCAFEE,<br><br>Defendant. | Case No. 2:23-cv-45-KS-MTP |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Brett Lorenzo Favre, gives notice that this action is voluntarily dismissed pursuant to a settlement agreement. Defendant, Patrick Justin McAfee, has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice, in that the claims against the Defendant have been settled.

**RESPECTFULLY SUBMITTED,** this the 12th day of May, 2023.

**BRETT LORENZO FAVRE, Plaintiff**

By: /s/ *Michael J. Shemper*
Michael J. Shemper, Attorney for Plaintiff

**MICHAEL J. SHEMPER, PLLC**
Michael J. Shemper (MSB# 100531)
Attorney at Law
140 Mayfair Road, Suite 1200
Hattiesburg, MS  39402
Telephone: (601) 545-7787
Facsimile: (601) 545-1711
Email:  michael@shemperlaw.com

**SULLIVAN & SULLIVAN, PLLC**
James Robert "Bob" Sullivan, Jr. (MSB# 8613)
Attorneys at Law
424 Sawmill Road
P. O. Box 45
Laurel, MS  39441
Telephone: (601) 428-1505
Facsimile: (601-428-1590)
Email:  bob@sst-lawoffice.com

**ERIC D. HERSCHMANN, Esq.** (*admitted pro hac vice*)
210 Lavaca Street
Austin, Texas 78701
Telephone: (512) 551-3344
Facsimile: (512) 798-4376
Email:  EDHNotice@gmail.com

**KASOWITZ BENSON TORRES LLP**
Daniel R. Benson, Esq. (*admitted pro hac vice*)
Email:  DBenson@kasowitz.com
Jennifer M. McDougall, Esq. (*admitted pro hac vice*)
Email:  JMcDougall@kasowitz.com
Daniel J. Koevary, Esq. (*admitted pro hac vice*)
Email:  DKoevary@kasowitz.com
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Plaintiff Brett Lorenzo Favre*

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel for Plaintiff, do hereby certify that I have this day electronically filed the foregoing document using the Court's CM/ECF filing system, which provides an electronic copy of the same to all counsel of record.

THIS the 12th day of May, 2023.


                                                                 By: /s/ *Michael J. Shemper*
                                                                       Michael J. Shemper, Attorney for Plaintiff