# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**BRETT LORENZO FAVRE**                                                              **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 2:23-cv-45-KS-MTP**

**PATRICK JUSTIN MCAFEE**                                                           **DEFENDANT**

## JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte*, Plaintiff has filed a Notice of Voluntary Dismissal [20], announcing that the parties have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket,

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice as to all parties. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

SO ORDERED AND ADJUDGED this 16th day of May 2023.

/s/ Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE